Sina Maghsoudi, ESQ. (SBN262764)
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
Phone: 213-223-2135
Fax: 213-223-2136


The X-Law Group, P.C.
Filippo Marchino, Esq. (SBN 256011)
George Panagiotou, Esq. (SBN 263172)
633 W. 5th Street, 26th Floor, Suite 2629
Los Angeles, CA 90071
Tel: 213-223-2232
Fax: 213-226-4691



FILED

APR 28 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

IN RE:

PEGAZUS SPORTS MARKETING AND
CONSULTANT, INC.

Debtor(s).

2:11-bk-24929

Case No.: ~~2:11-bk-15897-PC~~

Chapter 7

**NOTICE OF MOTION AND MOTION FOR SANCTIONS**

Judge: Peter Carroll
Date: 5/31/2011
Time: 9:30
Place: Courtroom 1539

NOW COMES Creditor, by and through his attorneys, Sina Maghsoudi and The X-Law Group, P.C., to move this Honorable Court for entry of an order granting Creditor's motion for sanctions on David Bunevacz and Debtor's counsel and for an award of attorney fees and costs under Fed. R. Bankr. P. 9011 (hereafter "Rule 9011"), the Court's equitable powers under §105, and the inherit powers of the Bankruptcy Court to sanction as stated in *Rainbow Magazine*. Rule 9011(c) generally requires a party seeking sanctions under Rule 9011 to give the opposing party notice and a reasonable opportunity to respond if there has been a misrepresentation to the court.

1

However, Rule 9011(c)(1) makes clear that the notice period does not apply to the filing of the bankruptcy petition itself.

PLEASE TAKE FURTHER NOTICE that, pursuant to LBR 9013-1(f), any opposition to this Motion must be filed with the clerk and served upon counsel for the Creditors no later than fourteen (14) days prior to the hearing date. Failure to timely file written opposition may be deemed by the Court to be consent to the granting of the Motion

Dated: April 28, 2011

By:_____
     Sina Maghsoudi, Esq.
     Attorney for Creditor


THE X-LAW GROUP, P.C.

By:_____
     Filippo Marchino, Esq.,
     Attorneys for Creditor

2

## MEMORANDUM OF POINTS AND AUTHORITIES

### I

### INTRODUCTION

Pegazus Sports Marketing and Consultants (herein Pegazus), David Bunevacz (the President and sole shareholder of Pegazus), and multiple other parties are involved in contentious litigation in the Los Angeles Superior Court against Gene Hammett, owner of Action Seating. The parties established a business relationship in 2008 when Gene Hammett purchased several hundred tickets for the Beijing Olympics from David Bunevacz.  The parties then entered into a purchase agreement for approximately 17,000 tickets to the 2010 Vancouver Olympics. The agreement called for Mr. Hammett to make multiple installment payments, through Action Seating, with the final payment being due upon delivery of the tickets.

Between September 2008 and January 2010, Action Seating made wire transfers totaling $2.5 million to Pegazus' bank account. Creditor has voluminous bank records clearly demonstrating that Mr. Bunevacz looted the Debtor of millions of dollars for personal expenses, such as gambling at the Bellagio Casino in Las Vegas. To convince Mr. Hammett to make payments, Mr. Bunevacz forged a wire transfer showing that Pegazus had made a payment in excess of $700,000 to a Hungarian Olympic ticket supplier. (Exhibit 14A, B, See Deposition and Forged Wire Transfer,). Shortly before the start of the 2010 Winter Olympics, David Bunevacz informed Mr. Hammett that there were problems with the tickets. Mr. Bunevacz failed to deliver a single ticket, and thereafter initiated a lawsuit against Action Seating and Mr. Hammett.  Mr. Hammett and Action Seating filed a cross-complaint.

On the eve of the deposition of a critical witness, Debtor filed a skeletal Chapter 7 bankruptcy on February 11, 2011.  Before the schedules were filed, Debtor's counsel was specifically informed on multiple occasions, including a telephone conference call with Creditor's attorneys and a letter, that Creditor's counsel possessed voluminous bank records proving fraud and looting of the Debtor by David Bunevacz. (Exhibit 1, See Letter).  Instead of requesting the records, Mr. Bunevacz and counsel filed a fraudulent bankruptcy petition, and

3

both Mr. Bunevacz and Debtor's Counsel wisely failed to appear and testify at the initial 341 meeting held on March 18, 2011. The Trustee continued the hearing to March 31, 2011, and again both Mr. Bunevacz and Mr. Shaghzo were a no show. Interestingly, several days before the continued 341 hearing, Debtor's counsel submitted a less than credible motion attempting to avoid having the bankruptcy classified as a bad-faith filing. On April 4th, 2011, the bankruptcy was dismissed for failure to appear. (Exhibit 2, See Court Filing). On April 6th, 2011, Debtor filed for bankruptcy again after receiving written notice from creditor's counsel that state court proceedings would be reinstituted.

## II

## FRIVOLOUS & FRAUDULENT BANKRUPTCY PETITION

There are many omissions in the bankruptcy petition. For example, the 2010 gross income is stated, but the gross income for 2009 is missing. (Exhibit 3, See Petition). There are also questions about another entity named Mocra. Nevertheless, this motion focuses on the asset transfers from Debtor to Mr. Bunevacz. Rule 9011 requires Debtor's counsel to make reasonable inquires to make sure the bankruptcy petition is accurate. Yet, the bankruptcy petition containing material misrepresentations was filed even after Creditor's counsel gave written notice to debtor's counsel. (Exhibit 1, See Letter).

Part 10(B) of the Statement of Financial Affairs requires disclosure of asset transfers within the past two years not in the ordinary course of business. Money is an asset. Debtor and Counsel recognized this when they listed $100 in Pegazus' checking account as the only asset in the asset schedules. Between September, 2008 and January, 2010, Gene Hammett deposited almost $2.5 million into Pegazus' bank account. Debtor's counsel and Mr. Bunevacz tried to conceal how a business with a substantial gross income only had $100 left at the time of the bankruptcy filing. The funds were intended to be used to purchase 17,000 tickets to the Vancouver Winter Olympics. Instead the bank records of Pegazus show that David Bunevacz never intended to supply Gene Hammett with Winter Olympic tickets.

4

The deposited funds were either, directly or indirectly, transferred to Mr. Bunevacz's Bellagio Players Account or used to fund the lavish lifestyle of the Bunevacz family. Neither the transfers to the Bellagio Players Account nor the funding of personal expenses are in the ordinary course of business. Yet, there is no mention of these asset transfers in the bankruptcy petition. (Exhibit 4, See Petition). This is despite notice given to Debtor's counsel that Creditor possessed bank records showing fraud.

<u>A</u>

### Personal Expenses: Asset Transfers Not in the Ordinary Course of Business

A significant amount of Pegazus' assets were used for personal expenses such as clothing, healthcare, lodging and gambling. All of these asset transfers should have been listed in 10(b) of the Statement of Financial Affairs as they were not in Pegazus' ordinary course of business. The reason for the omissions is obvious.

The US economy is driven by consumer spending. Knowing this, Mr. Bunevacz single-handedly attempted to raise the US economy from its recession by using Debtor's assets at Giorgio Armani, Hermes, Neiman Marcus, Tiffany's, Bloomingdales, and HD Buttercup, a high-end furniture store. (Exhibit 5A,B,C, See Bank Records). On November 10th, 2010, Debtor paid for over $15,000 of high-end furniture for the Bunevacz family. The furniture must have been a great value because on November 20, 2010, the Bunevacz family returned to HD Buttercup and purchased an additional $18,000 of furniture. (Exhibit 6, See Bank Records). These asset transfers, and many more, were omitted from the bankruptcy petition.

The Debtor also paid for personal health care expenses including dental work, pediatric services, and chiropractic treatments. Regular exercise is healthy and should be encouraged. Nevertheless, Mr. Bunavecz's golf game, which required expensive preparation and treatment, became a financial burden on Pegazus. For example, the Debtor paid for Mr. Bunavecz to fly from California to Georgia to play at Augusta National on April 13, 2010. In preparation for the round of golf, Mr. Bunavecz rested at Casa Del Mar Hotel in Santa Monica at a cost to Pegazus of over $3,500, just before catching his flight at LAX. Pegazus then paid over $1000 for the

round of golf. The exhausting round required treatment at the Ritz Carlton Spa in Georgia, the hotel in which he was staying. (Exhibit 7A, B, See Bank Records). Around September 8, 2010, Mr. Bunevacz played a round of golf in California. In preparation for this round of golf, Mr. Bunevacz rested at the Bellagio Hotel and Casino in early September costing Pegazus over $3,500. Treatment for the exhausting round of golf cost the Debtor over $3,700, as Mr. Bunevacz recuperated at the Bacara Resort & Spa Hotel in Santa Barbara, California. (Exhibit 8, See Bank Records). These asset transfers, and many more, were omitted from the bankruptcy petition.

The Bunevacz family gambling expenses also became a financial burden to Pegazus. For example, Mr. Hammett wired $125,000 to Pegazus toward the payment of Winter Olympic tickets on 12/23/2009. On 12/24/2009 Mr. Bunevacz transferred the money to his Bellagio Players Account. (Exhibit 9, See Bank Records). Then the Bunevacz family celebrated the 2010 New Year at the Bellagio Hotel. (Exhibit 10, See Bank Records). Celebrating the New Year at the Bellagio Hotel is a Bunevacz family tradition. From his daughter's 2011 Facebook page it looks like the Bunevacz family enjoys gambling with Pegazus' money. "This is how we roll in Vegas. And Some More…Yeeeeeeea." (Exhibit 11, See Facebook Page).

<u>B</u>

<u>Bellagio Wire Transfers: Asset Transfers Not in the Ordinary Course of Business</u>

Gene Hammett transferred large sums of money into Pegazus' bank account for the purpose of obtaining 17,000 Winter Olympic tickets. Unfortunately, Mr. Bunevacz funneled much of these funds to his Bellagio Players Account instead of purchasing Olympic tickets. It is surprising that Debtor and counsel tried to hide the nonordinary course of business asset transfers because they were easy to trace. For example, on November 5, 2009, Mr. Hammett deposited $230,000 into Pegazus. Then on November 11, 2009, David Bunevacz transferred $230,000 from Pegazus's account to his personal Bellagio Players Account. Only a few days later on November 13, 2009, Gene Hammett wired another $300,000 into Debtor's bank account. On the same day, Mr. Bunevacz transferred $270,000 from Debtor's bank account to his personal

6

Bellagio Players Account. (Exhibit 12, See Bank Records). These transfers, and many more, were omitted from Pegazus' bankruptcy petition.

## IV

## IMPROPER PURPOSE TO CAUSE UNNECESSARY DELAY AND INCREASE COSTS OF LITIGATION BY SERIAL FILINGS AND FAILURE TO APPEAR AT 341'S

The timing, nature of the motions, and failures to appear demonstrate the intent of Debtor's counsel and Mr. Bunevacz to cause unnecessary delay and increase the cost of litigation in violation of Rule 9011. Despite only having $100 in assets to protect, Pegazus filed a skeleton bankruptcy just before the deposition of a critical witness. Later, Mr. Bunevacz and counsel wisely failed to appear at, and testify at, the scheduled 341 meeting. Debtor's counsel even filed a less than credible motion a few days before the second meeting of creditors stating that Mr. Bunevacz would be abroad and could not appear for the continued meeting of creditors. Debtor's counsel requested that this not be considered a bad-faith filing despite FRBP 2003 calling for a 341 meeting 20-40 days after the filing of petition. Mr. Bunevacz and Debtor's counsel failed to appear at the second meeting of creditors. The case was dismissed on April 4, 2011. (Exhibit 2, See Court Filing). On April 6, 2011, Debtor filed a second bankruptcy petition after being noticed by Creditor's attorney that a request would be made in the state court case to reinstate all hearing dates. The timing of the filings indicates a strategic abuse of the automatic stay.

## IV

## §18 USC 157  PEGAZUS' BANKRUPTCY PART OF FRAUDULENT SCHEME

The main purpose of Pegazus was to engage in fraud. It is a crime to use bankruptcy to further a fraud or unlawful activity. Not only did Mr. Bunevacz and Counsel fail to disclose transactions required on the bankruptcy petitions, they used Pegazus as part of an elaborate fraud. Mr. Bunevacz has developed a niche in obtaining control of an entity and using it to fund his lavish lifestyle. (Exhibit 13, See Article).

7

David Bunevacz informed Mr. Hammett that Pegazus had made a $726,400 payment to a Hungarian ticket supplier and needed to be reimbursed. Mr. Hammett demanded proof of the prior transaction before paying $726,400. Mr. Bunevacz has admitted to providing a forged wire transfer indicated a $726,400 payment to a Hungarian ticket supplier. (Exhibit 14A, B, See Deposition and Forged Wire Transfer).

Q. Let's go through this issue because I want to make sure we are in agreement on the record under oath as to what happened.

A. Okay.

Q. You told my client Gene Hammett in writing that you had wired $726,400 to somebody in Hungary on December 1st, 2008, and, in fact, that was false.

Mr. ST. MARIE: Asked and answered.

Witness: Yes.

Q. That was false?

A. Yes.

Q. You actually phonied these documents.

A. Yes.

Q. You phonied the application; true? The handwritten document that is 863?

A. Yes.

Q. You phonied the type written document 862; correct?

A. Yes.

Q. You phonied the document 864?

A. Yes.

Q. Okay. How did you do that?

A. I have these documents in my house for all the wires that we do.

Q. All right let's take them one at a time.

A. All right.

Q. You go a blank 863 I guess at your house?

A. Yes we have a drawer full of them.

Q. Okay. And you wrote false information on that form? True?

A. After I—

Q. True?

A. True.

8

Mr. Bunevacz's deposition provides evidence that Pegazus never intended to engage in the legitimate business of supplying Olympic tickets. Instead it was part of a scheme to fraudulently obtain money from Action Seating and Gene Hammet. Mr. Bunevacz and counsel are using using the bankruptcy system to avoid responsibility for their fraud.

## V

## STANDARDS FOR IMPOSING SANCTIONS

### A

### RULE 9011

Rule 9011(b) states that by signing or filing a document, the attorney is certifying that after engaging in reasonable inquiry, the document is, to the best of his knowledge, accurate. By signing the documents an attorney also represents to the Court that the filing is not for an improper purpose, such as to cause unnecessary delay or increase litigation costs. Rule 9011(c) generally requires a party seeking sanctions under Rule 9011 to give the opposing party notice and a reasonable opportunity to respond if there has been a misrepresentation to the court. However, Rule 9011(c)(1) makes clear that the notice period does not apply to the filing of the bankruptcy petition itself.

According to the Ninth Circuit, "bankruptcy courts must consider both frivolousness *and* improper purpose on a sliding scale, where the more compelling the showing as to one element, the less decisive need be the showing to the other." Marsch v. Marsch, 36 F.3d 825, 830 (9th Cir. 1994). The frivolousness and improper purpose are so widespread and venal that there is no need to balance the scales. First, the bankruptcy petition was frivolous because of the material misrepresentations in the petition even after creditors gave written notice to debtor's counsel. The failures to appear at multiple 341 meetings are further evidence of a frivolous petition, as Debtor never intended to testify on the record.

9

Second, circumstances surrounding Debtor's bankruptcy petition filing indicate that it was done for the improper purpose of unnecessary delay and to increase litigation costs. The initial filing occurred just before the deposition, and the second filing occurred just after Mr. Bunevacz's state court attorney was given notice that a request would be made to reinstate all state court hearing dates. The purpose of Pegazus was to defraud Mr. Hammett, and the purpose of the multiple bankruptcies is to avoid having David Bunevacz be held responsible for his fraud by causing unnecessary delays and increasing the litigation costs of the state court action. In other words, the timing of the filings indicates a strategic abuse of the automatic stay.

<u>B</u>

<u>§ 105 Statutory Basis and *In re: Rainbow Magazine*</u>

The case of In re Rainbow Magazine, 77 F.3d 278 (9th Cir. 1996) is particularly helpful in analyzing our facts. The case involved a misleading and inaccurate Statement of Affairs. The court sanctioned the attorney and a party that controlled the debtor entity, for orchestrating the bad-faith filing, jointly and severally for attorney fees and costs in excess of $200,000. The 9th Circuit cited the Supreme Court case Chambers v. NASCO, Inc, 501 U.S. 32 (1991), stating that federal district courts have the inherent power to sanction misconduct, even if that conduct does not fall under the Federal Rules of Civil Procedure 11 (the equivalent of Rule 9011) or 28 USC §1927. The *Rainbow Magazine* court also made clear that the bankruptcy courts, similar to the federal district courts, have the inherent power to sanction misconduct. In effect, §105 and the inherent power to sanction recognizes Congress's intent to provide two additional options for the bankruptcy courts to sanction misconduct.

Debtor's counsel was put on notice that the filings for bankruptcy were fraudulent and an abuse of the bankruptcy system. The serial filings and abuse of the automatic stay also shows the

10

improper purpose of the bankruptcy filing. Pegazus' bankruptcy even qualifies as being part of a fraudulent scheme under §18 USC 157.  Yet, Mr. Bunevacz and Debtor's counsel proceeded with their scheme. These actions have resulted in unnecessary costs incurred by Creditor's counsel and an abuse of judicial process.  Consequently, §105 and the inherent power of bankruptcy courts to sanction gives the Court additional authority for sanctioning Debtor's attorney and Mr. Bunevacz for the improper filings and the fraudulent bankruptcy petition.

VI

**CONCLUSION**

The application of the Marsch v. Marsch test calls for sanctions for Mr. Bunevacz and Debtor's counsel under Rule 9011. Additionally, this Court has statutory authority under §105 and inherent authority to sanction Debtor's attorney and Mr. Bunevacz for orchestrating the misconduct.

WHEREFORE, creditor prays that this Honorable Court enter an order:

1. Granting $2750 (11 hours at $250) for review of financial records, preparation of sanctions motion, and appearance at sanctions hearing.

2. Granting $700 (2 hours at $350 an hour), for interactions with Creditor and Trustee following bankruptcy filing, first 341 hearing and second 341 hearing.

3. Granting $2100 (3 hours each for two attorneys at $350 an hour,) for the review of the voluminous existing evidence and preparation of the documents, exhibits and materials necessary for the 341 hearing in the first bankruptcy filing.

4. Granting $1,225 (1.75 hours each at $350 an hour) for two attorneys for Creditor to appear and attend the initial 341 hearing. Inclusive of travel time and wait time at the Federal Building awaiting hearing.

11

5. Granting $210 (0.6 hours at $350 an hour), for the review of the ex-parte filed by Mr. Shagzo seeking continuance of the second 341 hearing, as well as communicating with Creditor regarding the same.

6. Granting $875 (1.25 hours each at $350 an hour) for two attorneys to appear and attend the second 341 hearing. Inclusive of travel time and wait time at the Federal Building awaiting hearing.

7. Granting $1750 (5 Hours at $350 an hour) for the drafting, filing and attendance of the Relief of Automatic Stay Motion and the reply to Debtor's response to such motion.

8. Granting $350 (0.5 Hours each at $350 an hour) for conference call by two Creditor's attorney's and writing of a letter giving notice of financial fraud to Debtor's counsel.

Total Sanctions of $9,960

RESPECTULLY SUBMITTED,

Dated:  _04/28/11_

By:_____//s//_____
        Sina Maghsoudi, Esq.
        Attorney for Creditor

THE X-LAW GROUP, P.C.

By:_____//s//_____
        Filippo Marchino, Esq.
        Attorneys for Creditor

12



**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 633 W. 5th Street, Suite 2686, Los Angeles, CA 90012

A true and correct copy of the foregoing document described as <u>Motion for Sanctions</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>4/28/11</u>_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| The Honorable Peter H. Carroll (via personal delivery to chambers) | Armen Shaghzo (via email and fax) |
|---|---|
| 255 East Temple Street, Suite 1534/Courtroom 1539 | 100 W. Broadway, Suite 540, Glendale, CA 91210 |
| Los Angeles, CA 90012 | (818) 241-0035 (fax)  AS@Shaghzolaw.com |

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/28/11 | Anabel Rodriguez | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

## ATTACHMENT TO PROOF OF SERVICE

### (Motion for Sanctions)

United States Trustee LA(via email)

Ustpregion16.la.ecf@usdoj.gov


Elissa Miller (TR) (via email)

CA71@ecfcbis.com

MillerTrustee@Sulmeyerlaw.com;

emiller@ecf.epiqsystems.com

THE X-LAW GROUP, PC

February 16, 2011

*VIA E-MAIL AND/OR FAX*

Mr. Campbell
601 S. Figueroa St. Suite 2325
Los Angeles, Ca 90017

Mr. Macias
Macias Counsel Inc.
302 W. Colorado Blvd.
Pasadena, California 91105

Armen Shaghzo
Shagzo & Shagzo
535 N. Brand Blvd.
Glendale, CA 91203

**Re: Bankruptcy Petition #: 2:11-bk-15897-TD**
      **Bunevacz v. Action Seating, Inc. Case No. BC 432901**

On Friday February 11 our firm received notice that Pegazus Sports Marketing Consultants Inc., (hereafter Pegazus) filed for Chapter 7 bankruptcy relief.  As you know, Pegazus and its owner David Bunevacz are Plaintiffs and Cross-Defendants in the above referenced matter.  Pegazus and Mr. Bunevacz have been counter sued by Gene Hammett and Action Seating Inc. for perpetrating a massive fraud that resulted in the loss of over 17,000 Winter Olympics tickets and approximately $3 million to Mr. Hammett and Action Seating Inc.

As you also know, the use of federal bankruptcy protection is not a tool that can be used to harass or delay creditors or to further or cover the perpetration of fraud.  Moreover, any debts accrued through fraud are explicitly non dischargeable under the Title 11 of the United States Code.  Specifically Section 523(a)(2)(A) of the Bankruptcy Code excepts from discharge in bankruptcy "any debt . . . for money, property, services, or an extension, renewal, or refinancing of credit, to the extent obtained by . . . false pretenses, a false representation, or actual fraud." 11 U.S.C. § 523(a)(2)(A). Further, under Section 9011(b) of the Federal Rules of Bankruptcy Procedure, any attorney who assists in filing a bankruptcy petition "is certifying that to the best of the person's knowledge, information, and belief, formed after an <u>inquiry reasonable under the circumstances,</u>(1) it is not being presented for

Sean Macias
Page 2

any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation;(2) the claims, defenses, and other legal contentions therein are warranted by existing law or by a non-frivolous argument for the extension, modification, or reversal of existing law or the establishment of new law and (3) the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery." Any party that violates the aforementioned subdivision (b) is subject to court-imposed sanctions.

Having access to voluminous amounts of bank records belonging to both Pegazus and David Bunevacz for almost a year, we vigorously believe this bankruptcy filing is nothing short of a blatant attempt to stall and delay the pending litigation and/or discharge a large amount of debt accrued by false pretenses and fraud. As such we are prepared to take measures necessary to prevent the bankruptcy from proceeding.

This includes filing an objection to the debtor's discharge under § 727(a)(8) or (a)(9) of the Code, a request for dismissal under § 707(a)(3) and § 1307 (c)(9) and adversary proceedings to recover money or property, to freeze bank accounts, prevent further disposition estate assets and against insiders for preferences and fraudulent conveyances. Last, we fully intend to send the information we have in our possession to the Executive Office for U.S. Trustees Criminal Enforcement Unit so that they may closely review the declarations made in the bankruptcy schedules.

Concurrently, we also intend to immediately proceed with the litigation against Mr. Bunevacz as the lawsuit against him is unaffected by the Automatic Stay currently in place. As the court in *In re Miller* stated "section 362(a) does not stay actions against guarantors, sureties, corporate affiliates, or other non-debtor parties liable on the debts of the debtor[1]".

Additionally, it is well established that one who is the defendant in a lawsuit is not stayed from defending themselves. In this case, aside from being a Plaintiff, Gene Hammet and Action Seating are also named Defendants. As such, we will proceed in taking all actions required for the proper defense of Gene Hammet and Action Seating Inc.

---

[1] In re Miller 262 B.R. 499 9th Cir.BAP (Cal.) 2001

THE X-LAW GROUP, P.C.
Toll free: +1.888.55.XLAWX – Tel: +1.213.223.2232 – Fax: +1.213.226.4691 – email: info@xLAWx.com
633 W. 5th St. 26th Floor, Suite 2629 – Los Angeles, CA – 90071 – USA

Sean Macias
Page 3

Therefore, this letter shall serve as notice that we intend to proceed with the depositions of Milton Hahn, Myra and Elena Hight and David Bunevacz immediately. We ask that you submit by end of business day tomorrow, February 17, 2011 your availability to attend the deposition of Mr. Hahn for either February 23 or 24.

If you have any questions feel free to contact me.

Regards,

_____//s//_____

Filippo Marchino

## United States Bankruptcy Court
## Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR
## AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**                                    **BANKRUPTCY NO.**  2:11-bk-15897-TD
Pegazus Sports Marketing and Consultant, Inc.
aka Pegazuz Sports Marketing and Consulting, Inc.         **CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):**  N/A
**Employer Tax-Identification (EIN) No(s).(If any):** 26-3623862
**Debtor Dismissal Date:** 4/4/11


**Address:**
10910 Wellworth Ave #209
Los Angeles, CA 90024

---

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)     The case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed.

2)     Any discharge entered in this case is hereby vacated in its entirety.

3)     The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.


For The Court,

Dated: April 4, 2011                                **Kathleen J. Campbell**
                                                    Clerk of Court


(Form van23a-odmwab VAN-23) Rev. 11/09                                    **19 / ALR**

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re   **Pegazus Sports Marketing and Consultant, Inc.**                    Case No.   **2:11-bk-15897**

_____    Chapter    **7**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,800,645.00** | **2010 Gross Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

4

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

PEGAZUS SPORTS MARKETING
14622 VENTURA BLVD STE 102
SHERMAN OAKS, CA 91436

DAVID BUNEVACZ
24914 Avignon Dr
Santa Clarita CA
91355

661
373 900/027

16-66/1220
2545

May 6 2009

Date

Pay to the
Order of    Neiman Marcus                    $2,725.79

_Twenty seven hundred twenty five_ 79/100    Dollars

**Bank of America**
Stevenson Ranch
28960 The Old Road
Stevenson Ranch CA
661.254.7304

Customer Since
2008

For _____

⑆122000661⑆1027⑈25453⑈4340 1⑈    ⑈0000272579⑈

BANK OF AMERICA, NA LAC
▶1220096614 E3868 01 05
05/08/99

8460419093

12200066100001027000025453401
FOR DEPOSIT ONLY
THE ACCOUNT OF NEIMAN MARCUS

882076
CHECK
0010
0061
94125    05/06/09
2725.79

No Electronic Endorsements Found
No Payee Endorsements Found

FILOMENA I BUNEVACZ
6625 GRANADA DR
PALMDALE, CA 93551

BANK OF AMERICA, N.A.
PO BOX 27026
RICHMOND, VA 23261

120277

Date 12/02/09

Pay to the
Order of   BLOOMINGDALES

$ 2,120.66

**Two Thousand One Hundred Twenty Dollars and 66/100*********

OH993360129010136

Memo 72 21035133213 02

Authorized by your Depositor 12/02/09

!122000661! 2545343401# 120277  @0000212066@

For Deposit Only
05 01 00 012901 12022009-      Pay Any Bank
00021035133213  068 8005   PEG CITIBANK OH
120209 012901 Q5          >122401710<

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | Bank Name | Trunc Return Reason |
|------|----------|--------|------------|-----------|---------------------|
| 12/02/2009 | 12020129010136 | 122401710 | Rtn Loc/BOFD | CITIBANK (SOUTH DAKO | N |
| 12/02/2009 | 120209012901136 | 111310346 | Undetermined | BANK OF AMERICA, NA | N |
| 12/02/2009 | 003792133076 | 111310346 | Undetermined | BANK OF AMERICA, NA | N |

Capture Date: 05/08/2009 Sequence #:546041003A

DAVID BUNEVACZ

**PEGAZUS SPORTS MARKETING**
14622 VENTURA BLVD STE 102
SHERMAN OAKS, CA 91436

1029

16-66/1220
2545

24914 AVENON Dr. 91355 / 373 9094    may 6, 2009
Date

Santa Clarita

Pay to the
Order of _____ Neiman Marcus _____ | $ 1458.49

One thousand four hundred fifty eight 49/100 _____ Dollars

**Bank of America**
Stevenson Ranch
26960 The Old Road
Stevenson Ranch CA
661.254.7304

Customer Since
2008

For _____

⑆122000661⑆ 1029 ⑈25453⑈43401⑆    ⑈0000145849⑈

BANK OF AMERICA NA LAC
#1220006614 E3968 01 05
05/06/09

546041003A

122000661000010290000025453.43401
FOR DEPOSIT ONLY
THE ACCOUNT OF NEIMAN MARCUS

CS281827 CA

892076  0010 0061  96117  05/06/09
CHECK  661373909A  -1458.49

No Electronic Endorsements Found
No Payee Endorsements Found

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 07/10 | Check Card Purchase on 07/09 (Card #432000453), Tdi*broadway.Com Tickt 212-541-8457 NY Ref #24692169190000313461812 | | 454.50 | | |
| 07/10 | Check Card Purchase on 07/09 (Card #432000453), Giorgio Armani #717 New York NY Ref #24445009191831394929591 | | 1,226.40 | | |
| | | | | | $27,087.86 |
| 07/13 | Check # 1041 | | $ 2,000.00 | | |
| 07/13 | Cash withdrawal on 07/11, Non-Bank of America ATM #83050001 (Card #432000453) | 000283431 | 203.25 | | |
| 07/13 | Cash withdrawal on 07/12, Non-Bank of America ATM #83050001 (Card #432000453) | 000948281 | 203.25 | | |
| 07/13 | Cash withdrawal on 07/13, Non-Bank of America ATM #VS085063 (Card #432000453) | 000912666 | 403.00 | | |
| 07/13 | ATM withdrawal fee on 07/11, Non-Bank of America ATM #83050001 (Card #432000453) | 000283431 | 2.00 | | |
| 07/13 | ATM withdrawal fee on 07/12, Non-Bank of America ATM #83050001 (Card #432000453) | 000948281 | 2.00 | | |
| 07/13 | ATM withdrawal fee on 07/13, Non-Bank of America ATM #VS085063 (Card #432000453) | 000912666 | 2.00 | | |
| 07/13 | Purchase on 07/12 (Card #432000453), Bloomys 001 1  New York  NY | 109583 | 156.56 | | |
| 07/13 | Purchase on 07/12 (Card #434584660), Bloomys 001 1  New York  NY | 029920 | 172.76 | | |
| 07/13 | Purchase on 07/12 (Card #432000453), Bloomys 001 1  New York  NY | 023130 | 500.00 | | |
| 07/13 | Purchase on 07/12 (Card #432000453), Bloomys 001 1  New York  NY | 016804 | 542.26 | | |
| 07/13 | Check Card Purchase on 07/10 (Card #432000453), David Reasoner Golf Sho 201-225-6521 NJ  Ref #24136009193980013020449 | | 20.00 | | |
| 07/13 | Check Card Purchase on 07/08 (Card #432000453), Gray Line New York Tour New York NY  Ref #24036999191000081890337 | | 308.80 | | |
| 07/13 | Check Card Purchase on 07/10 (Card #434584660), Mango 732-4175190 NY  Ref #24301379191118999900494 | | 147.85 | | |
| 07/13 | Check Card Purchase on 07/12 (Card #432000453), Morimoto NY New York NY  Ref #24323019194542786016284 | | 660.79 | | |
| 07/13 | Check Card Purchase on 07/09 (Card #432000453), Famous Ray's Pizza New York NY Ref #24224439192010015113522 | | 42.21 | | |
| 07/13 | Check Card Purchase on 07/09 (Card #432000453), Famous Ray's Pizza New York NY Ref #24224439192010015113530 | | 9.21 | | |
| 07/13 | Check Card Purchase on 07/10 (Card #432000453), Fedex 869738907934 800-4633339 TN  Ref #24164079191741054863489 | | 133.83 | | |
| 07/14 | Check Card Purchase on 07/12 (Card #432000453), Jackson Hole New York NY  Ref #24792629194286499800141 | | $ 87.70 | | $21,578.09 |
| 07/15 | Cash withdrawal on 07/15, Non-Bank of America ATM #83050001 (Card #432000453) | 000203323 | $ 203.25 | | $21,490.39 |
| 07/15 | ATM withdrawal fee on 07/15, Non-Bank of America ATM #83050001 (Card #432000453) | 000203323 | 2.00 | | |
| 07/15 | Purchase on 07/15 (Card #434584660), Sy8 A & E Stores  New York  NY | 816248 | 89.95 | | |
| 07/15 | Check Card Purchase on 07/14 (Card #432000453), Peninsula Hotel NY New York NY Ref #24906049195040300119586 | | 3,827.63 | | |

Continued on next page

California

Account Number: 25453-43401



Ref. No.: 5992260291          Amt: 749.58





Ref. No.: 9192814301          Amt: 10,013.91





Ref. No.: 9192814302          Amt: 8,020.36





Ref. No.: 6292871203          Amt: 10,000.00





Ref. No.: 9892840041          Amt: 64.91



Continued on next page

California

CONFIDENTIAL - DB 000641



Account Number: 25453-43401




Ref. No.: 5760393273        Amt: 6,000.00




Ref. No.: 0360035313        Amt: 983.00




Ref. No.: 2092323867        Amt: 88.81




Ref. No.: 9592443731        Amt: 13,688.47




Ref. No.: 9592443730        Amt: 1,756.00

Continued on next page

California

CONFIDENTIAL – DB  000628

PEGAZUS SPORTS MARKETING &
CONSULTANTS INC.

## ☐ Account Activity  Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 03/27 | Check Card Purchase on 03/25 (Card #432000453), Shell Oil 57442738605 Victorville CA  Ref #24316051509855485521022476 | | 29.37 | | |
| 03/27 | Check Card Purchase on 03/25 (Card #432000453), Chevron 00209206 Primm NV  Ref #24625129085490677779020 | | 16.24 | | $7,741.20 |
| 03/30 | Deposit | | | $ 2,000.00 | |
| 03/30 | Check Card Purchase on 03/28 (Card #432000453), Bellagio Hotel & Casino Las Vegas NV  Ref #24610439088004017174565 | | $ 260.51 | | $9,480.69 |
| 03/31 | Check Card Purchase Cr Adj on 03/29 (Card #432000453), Bellagio Hotel & Casino Las Vegas NV  Ref #74610439089004046159128 | | | $ 1,661.53 | |
| 03/31 | Check Card Purchase Cr Adj on 03/29 (Card #432000453), Bellagio Hotel & Casino Las Vegas NV  Ref #74610439089004046162163 | | | 3,000.28 | |
| 03/31 | Check Card Purchase on 03/29 (Card #432000453), Bellagio Hotel & Casino Las Vegas NV  Ref #24610439089004046158851 | | $ 4,573.37 | | |
| 03/31 | Check Card Purchase on 03/29 (Card #432000453), Bellagio Hotel & Casino Las Vegas NV  Ref #24610439089004046160725 | | 5.00 | | $9,564.13 |
| 04/02 | Purchase on 04/02 (Card #432000453), Shell Service Sta  Newhall  CA | 675057 | $ 38.41 | | |
| 04/02 | Check Card Purchase on 04/01 (Card #432000453), Valencia Spectrum-Ch #8 661-255-2212 CA  Ref #24445009091704139512306 | | 239.00 | | |
| 04/02 | Check Card Purchase on 04/01 (Card #432000453), Union 76    10087799 Los Angeles CA  Ref #24164079091619738064594 | | 30.07 | | $9,256.65 |
| 04/03 | Check Card Purchase on 04/01 (Card #432000453), Dp Practice Solutions L 661-259-8999 CA  Ref #24616779092980015635003 | | $ 46.00 | | $9,210.65 |
| 04/06 | Check Card Purchase on 04/03 (Card #432000453), Southwestair52621217272 Dallas TX  Ref #24792629094624026054660 | | $ 155.20 | | |
| 04/06 | Check Card Purchase on 04/03 (Card #432000453), Southwestair52621217272 Dallas TX  Ref #24792629094624026054652 | | 155.20 | | |
| 04/06 | Check Card Purchase on 04/03 (Card #432000453), Southwestair52621217272 Dallas TX  Ref #24792629094624026054645 | | 155.20 | | |
| 04/06 | Check Card Purchase on 04/03 (Card #432000453), Southwestair52621217272 Dallas TX  Ref #24792629094624026054686 | | 155.20 | | |
| 04/06 | Check Card Purchase on 04/03 (Card #432000453), Southwestair52621217272 Dallas TX  Ref #24792629094624026054678 | | 155.20 | | |
| 04/06 | Check Card Purchase on 03/30 (Card #432000453), Callaway Golf Co Store Carlsbad CA  Ref #24717059094640942820820 | | 204.63 | | |
| 04/06 | Check Card Purchase on 04/03 (Card #432000453), Cheesecake Brentwood Los Angeles CA  Ref #24610439095072010021712 | | 103.25 | | $8,126.77 |
| 04/07 | Deposit | | | $ 1,100.00 | |
| 04/07 | Purchase on 04/07 (Card #432000453), Sport Chalet  Valencia  CA | 193213 | $ 140.88 | | |

Continued on next page              California

CONSULTANTS INC.

☐ **Account Activity**  Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| | | | | | $9,085.89 |
| 04/08 | Check Card Purchase on 04/06 (Card #432000453), Guaranteed Auto Shippe 508-8322167 MA  Ref #2425477909746710550091 | | $ 200.00 | | |
| 04/08 | Check Card Purchase on 04/07 (Card #432000453), Tmc*time Warner Com 888-Twcable CA  Ref #2469216909700050460675 | | 439.21 | | |
| | | | | | $8,446.68 |
| 04/09 | Check Card Purchase on 04/08 (Card #432000453), Casa Del Mar Hotel Santa Monica CA  Ref #2490604909809040300125029 | | $ 29.50 | | |
| 04/09 | Check Card Purchase on 04/08 (Card #432000453), Casa Del Mar Hotel Santa Monica CA  Ref #2490604909809040300125011 | | 3,672.36 | | |
| 04/09 | Check Card Purchase on 04/07 (Card #432000453), 1800gofedex  10010007 800-6221147 TN  Ref #2416407909877800497862 | | 102.68 | | |
| | | | | | $4,642.14 |
| 04/10 | Check Card Purchase on 04/09 (Card #432000453), The Golf Club Of Georgi Alpharetta GA  Ref #2421073909920706000124 | | $ 230.05 | | |
| 04/10 | Check Card Purchase on 04/07 (Card #432000453), 310.553.3636gulfstrm Los Angeles CA  Ref #2441800909909918842701 | | 262.13 | | |
| 04/10 | Check Card Purchase on 04/08 (Card #432000453), I Love La - Terminal 5 Los Angeles CA  Ref #2449279909911800012059 | | 26.73 | | |
| | | | | | $4,123.23 |
| 04/13 | Purchase on 04/12 (Card #432000453), Vons Store 1 Santa Clarita CA | 650675 | $ 67.89 | | |
| 04/13 | Purchase on 04/11 (Card #432000453), Cns Augusta Nat'l Augusta GA | 186313 | 73.83 | | |
| 04/13 | Purchase on 04/11 (Card #432000453), Cns Augusta Nat'l Augusta GA | 184655 | 111.28 | | |
| 04/13 | Purchase on 04/11 (Card #432000453), Cns Augusta Nat'l Augusta GA | 183783 | 924.48 | | |
| 04/13 | Check Card Purchase on 04/11 (Card #432000453), Hertz Rent-A-Car Atlanta GA  Ref #2427530910275312820480 | | 681.36 | | |
| 04/13 | Check Card Purchase on 04/11 (Card #432000453), Reynolds Plantation Greensboro GA  Ref #2433069102900018177593 | | 247.17 | | |
| 04/13 | Check Card Purchase on 04/10 (Card #432000453), The Ritz Carlton Ryld F Greensboro GA  Ref #2461043910200406535411 | | 117.56 | | |
| 04/13 | Check Card Purchase on 04/11 (Card #432000453), Paradies-Atl Q02 Atlanta GA  Ref #2430792910290001514474 | | 33.44 | | |
| 04/13 | Check Card Purchase on 04/10 (Card #432000453), The Ritz Carlton Spa Greensboro GA  Ref #2461043910200406535447 | | 377.00 | | |
| 04/13 | Check Card Purchase on 04/11 (Card #432000453), Atlanta Book Sellers/ College Park GA  Ref #2407105910215811394573 | | 52.93 | | |
| 04/13 | Check Card Purchase on 04/09 (Card #432000453), The Ritz Carlton Ryld F Greensboro GA  Ref #2461043910000406900506 | | 384.25 | | |

Continued on next page

California

□ **Account Activity**  Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 09/04 | Check Card Purchase on 09/03 (Card #434584660), Shooting Stars Center Stevenson Ran CA  Ref #2449398924720031800095 | | 72.22 | | |
| | | | | | $48,623.18 |
| 09/08 | Check Card Purchase Cr Adj on 09/03 (Card #432000453), Bellagio Hotel & Casino Las Vegas NV  Ref #74610439247004051122655 | | | $ 20.00 | |
| 09/08 | Cash withdrawal on 09/08, Bank of America ATM #ICAD4705 (Card #432000453) | 002814 | $ 200.00 | | |
| 09/08 | Purchase on 09/08 (Card #432000453), Vons Store  1  Santa Clarita  CA | 249547 | 8.82 | | |
| 09/08 | Purchase on 09/08 (Card #432000453), Whole Foods Mark  Valencia  CA | 354116 | 32.19 | | |
| 09/08 | Purchase on 09/07 (Card #432000453), Vons Store  1  Santa Clarita  CA | 726555 | 32.30 | | |
| 09/08 | Purchase on 09/07 (Card #432000453), Shell Service Sta  Valencia  CA | 695625 | 35.99 | | |
| 09/08 | Purchase on 09/07 (Card #432000453), Shell Service Sta  Santa Paula  CA | 994310 | 54.63 | | |
| 09/08 | Purchase on 09/07 (Card #432000453), Wal-Mart #5162  Santa Clarit  CA | 680365 | 62.16 | | |
| 09/08 | Purchase on 09/07 (Card #432000453), Macy's 497 3  Santa Barbara  CA | 005686 | 107.22 | | |
| 09/08 | Check Card Purchase on 09/03 (Card #432000453), Bellagio Hotel & Casino Las Vegas NV  Ref #24610439247004051125950 | | 3,287.81 | | |
| 09/08 | Check Card Purchase on 09/04 (Card #432000453), Bellagio Hotel & Casino Las Vegas NV  Ref #24610439249004026149414 | | 98.91 | | |
| 09/08 | Check Card Purchase on 09/03 (Card #432000453), Vesta  *t-Mobile 888-2783397 OR Ref #24418009247247035626909 | | 100.00 | | |
| 09/08 | Check Card Purchase on 09/02 (Card #432000453), Los Angeles County Fai Pomona CA  Ref #24071059247380100009207 | | 6,000.00 | | |
| 09/08 | Check Card Purchase on 09/03 (Card #432000453), Bellagio Hotel & Casino Las Vegas NV  Ref #24610439247004051122643 | | 151.88 | | |
| | | | | | $38,471.27 |
| 09/09 | Purchase on 09/09 (Card #432000453), Vons Store  1  Santa Clarita  CA | 576783 | $ 38.01 | | |
| 09/09 | Purchase on 09/09 (Card #432000453), Shell Service Sta  Valencia  CA | 171482 | 120.00 | | |
| 09/09 | Purchase on 09/09 (Card #432000453), Bloomys 029 1  Sherman Oaks  CA | 154829 | 1,000.00 | | |
| 09/09 | Check Card Purchase on 09/08 (Card #432000453), Tiparos Restaurant Pasadena CA Ref #24224439252040002872955 | | 60.20 | | |
| 09/09 | Check Card Purchase on 09/07 (Card #432000453), Chevron 00305025 Valencia CA Ref #24625129251492221676304 | | 54.44 | | |
| | | | | | $37,198.62 |
| 09/10 | Check | | $ 300.00 | | |
| 09/10 | Check # 1067 | | 175.00 | | |
| 09/10 | Check Card Purchase on 09/08 (Card #432000453), Brookside Golf 154 Ps Pasadena CA  Ref #24512399252001890034044 | | 106.00 | | |
| 09/10 | Check Card Purchase on 09/07 (Card #432000453), Bacara Resort & Spa Hot Santa Barbara CA  Ref #24275399252900010432110 | | 3,769.35 | | |
| | | | | | $32,848.27 |
| 09/11 | Check # 1068 | | $ 52.87 | | |
| 09/11 | Cash withdrawal on 09/11, Non-Bank of America ATM #LK184618 (Card #432000453) | 000003589 | 202.00 | | |
| 09/11 | ATM withdrawal fee on 09/11, Non-Bank of America ATM #LK184618 (Card #432000453) | 000003589 | 2.00 | | |

Continued on next page

California

## ☐ Account Activity  Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 12/21 | Check Card Purchase on 12/18 (Card #432000453), Four Seasons Resort Hot Whistler BC  Ref #745000193534114592288231 | | 2,104.99 | | |
| 12/21 | Check Card Purchase on 12/20 (Card #432000453), Union 76     10096022 Beverly Hills CA  Ref #24164079354619771432809 | | 55.45 | | |
| 12/21 | Check Card Purchase on 12/18 (Card #434584660), Colorperfect Salon Valencia CA Ref #2432230093531182671010027 | | 250.00 | | |
| 12/21 | Check Card Purchase on 12/19 (Card #432000453), Fedex 868595790710 800-4633339 TN  Ref #24164079353741073029132 | | 252.20 | | |
| | | | | | $30,539.90 |
| 12/22 | Wire Type:Wire In Date: 091222 Time:0748 Et Trn:2009122200096034 Seq:356394086/001056 Orig:Kingston Trading Limited ID:640083887838 Snd Bk:Hsbc Bank USA ID:021001088 Pmt Det:Hk122129 Bi445422 | | | $ 3,500.00 | |
| 12/22 | External transfer fee - Next Day -12/21/2009 Confirmation: 40560026 | | $ 10.00 | | |
| 12/22 | Processing Fee For Money Tfr-CA Trn: 091222-096034 | | 12.00 | | |
| | | | | | $34,017.90 |
| 12/23 | Wire Type:Wire In Date: 091223 Time:1149 Et Trn:2009122300175414 Seq:2009122300008057/002552 Orig:Action Seating Inc ID:1000072476921 Snd Bk:Su Ntrust Bank ID:061000104 Pmt Det:Ref; Winter Olymp Ics | | | $ 125,000.00 | |
| 12/23 | Check | | $ 9,000.00 | | |
| 12/23 | Processing Fee For Money Tfr-CA Trn: 091223-175414 | | 5.00 | | |
| 12/23 | Processing Fee For Money Tfr-CA Trn: 091223-175414 | | 12.00 | | |
| 12/23 | Purchase on 12/23 (Card #432000453), Ahed J Rabadi  Mission Hills  CA | 429440 | 30.00 | | |
| 12/23 | Purchase on 12/23 (Card #432000453), Sport Chalet  Valencia  CA | 104768 | 342.84 | | |
| 12/23 | Check Card Purchase on 12/21 (Card #434584660), Chevron 00305025 Valencia CA Ref #24625129356493171414385 | | 39.15 | | |
| 12/23 | Check Card Purchase on 12/22 (Card #432000453), Union 76     00434878 Canyon Countr CA  Ref #24164079356819798816445 | | 50.87 | | |
| 12/23 | Check Card Purchase on 12/22 (Card #432000453), Fandango.Com Fandango.Com CA Ref #24692169356000320309087 | | 64.00 | | |
| 12/23 | Check Card Purchase on 12/22 (Card #434584660), Danielle Catina Limbert Thousand Oaks CA  Ref #24717059357133578858316 | | 300.00 | | |
| 12/23 | Check Card Purchase on 12/22 (Card #432000453), Fedex 824085456127 800-4633339 TN  Ref #24164079356741078483562 | | 32.01 | | |
| | | | | | $149,142.03 |

**The original check(s) or image(s) will not be included in this statement for check(s) processed electronically. If your check was not returned at the time of purchase, you will need to contact the merchant for a copy.**

☐ **Account Activity** *Continued*

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 12/24 | Wire Type:Book Out Date:091224 Time:1448 Et Trn:2009122400212784 Related Ref:01091224005078nn Bnf:Bellagio Llc ID:000990126419 Pmt Det:Reference David Bunevacz Player 34074322 | | 100,000.00 | | |
| 12/24 | Check Card Purchase on 12/23 (Card #432000453), Eventbrite Eventbrite.Co CA  Ref #24493989357026525207678 | | 5,000.00 | | |
| 12/24 | Check Card Purchase on 12/22 (Card #432000453), Vzwrlss-Ivr Vw 800-9220204 CA  Ref #24498049357169152111587 | | 375.17 | | $37,441.71 |
| 12/28 | Check # 1145 | | $ 33.00 | | |
| 12/28 | Purchase on 12/28 (Card #432000453), 103 American Cany  American Cany  CA | 632023 | 37.38 | | |
| 12/28 | So Cal Edison    DES:Mailed Pmt Check #:1148 INDN:307344630       Co ID:0951240335 ARC Ref:009362000732170 | | 221.05 | | |
| 12/28 | BMW Fin Svc    DES:Check Pymt Check #:1144 INDN:       Co ID:0480000138 ARC Ref:009362002618494 | | 1,020.00 | | |
| 12/28 | Check Card Purchase on 12/24 (Card #432000453), Eventbrite Eventbrite.Co CA  Ref #24493989358026431201865 | | 5,000.00 | | |
| 12/28 | Check Card Purchase on 12/23 (Card #434584660), Salt Creek Grille Valencia CA  Ref #24013399358013654357070 | | 36.72 | | |
| 12/28 | Check Card Purchase on 12/23 (Card #434584660), Chevron 00305025 Valencia CA  Ref #24625129358493190790474 | | 37.35 | | $31,056.21 |
| 12/29 | CA Tlr cash withdrawal from Chk 3401 Banking Ctr One Powell       #0000066 CA Confirmation# 2810729711 | | $ 3,000.00 | | |
| 12/29 | CA Tlr transfer to Chk 9558 Banking Ctr One Powell       #0000066 CA Confirmation# 1810725283 | | 5,000.00 | | $23,056.21 |
| 12/30 | Wire Type:Wire In Date: 091230 Time:1352 Et Trn:2009123000226329 Seq:2009123000011646/004230 Orig:Action Seating Inc ID:1000072476921 Snd Bk:Su Ntrust Bank ID:061000104 Pmt Det:Vancouver | | | $ 35,000.00 | |
| 12/30 | Processing Fee For Money Tfr-CA Trn: 091230-226329 | | $ 5.00 | | |
| 12/30 | Processing Fee For Money Tfr-CA Trn: 091230-226329 | | 12.00 | | |
| 12/30 | Check Card Purchase on 12/29 (Card #432000453), Fedex 468897910161927 800-4633339 TN  Ref #24164079363741113000422 | | 10.47 | | |
| 12/30 | Check Card Purchase on 12/29 (Card #432000453), Fedex 468897910161934 800-4633339 TN  Ref #24164079363741112568916 | | 33.66 | | |
| 12/30 | Check Card Purchase on 12/29 (Card #432000453), Fedex 468897910161941 800-4633339 TN  Ref #24164079363741112755604 | | 31.41 | | |
| 12/30 | Check Card Purchase on 12/29 (Card #432000453), Fedex 468897910163426 800-4633339 TN  Ref #24164079363741113608836 | | 14.38 | | |
| 12/30 | Check Card Purchase on 12/29 (Card #432000453), Marriott Grand Residenc S Lake Tahoe CA  Ref #24610439363004073394434 | | 3,035.99 | | |

Continued on next page                    California                    Page 2 of 12

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 12/30 | Check Card Purchase on 12/29 (Card #432000453), Sci Vending 5528 Carson City NV Ref #2422443936410302159780 | | 6.00 | | $54,907.30 |
| 12/31 | Socalgas         DES:ARC Pymt   Check #:1147 INDN:066327008071597       Co ID:3951240705 ARC Ref:009365009996864 | | $ 53.62 | | |
| 12/31 | Socalgas         DES:ARC Pymt   Check #:1143 INDN:028652646571597       Co ID:3951240705 ARC Ref:009365009996870 | | 169.69 | | |
| 12/31 | Check Card Purchase on 12/29 (Card #432000453), Treasure Island Cirq Tk Las Vegas NV Ref #24610439364072006321617 | | 951.30 | | |
| 12/31 | Check Card Purchase on 12/30 (Card #432000453), Fedex 798257638264 800-4633339 TN Ref #24164079364741041455382 | | 39.65 | $ 7,000.00 | $53,693.04 |
| 01/04 01/04 | Deposit Wire Type:Wire In Date: 100104 Time:0033 Et Trn:2010010400046748 Seq:G0100040316401/005050 Orig:Supreme Brands Llc ID:000203265095 Snd Bk:Cit Ibank N.A. ID:021000089 | | | 31,500.00 | |
| 01/04 | Processing Fee For Money Tfr-CA Trn: 100104-046748 | | $ 12.00 | | |
| 01/04 | Check Card Purchase on 01/01 (Card #432000453), Dp Practice Solutions, 661-259-8999 CA Ref #245060100019800331897 | | 46.00 | | |
| 01/04 | Check Card Purchase on 01/02 (Card #432000453), Nannies And Housekeeper 702-4510021 NV Ref #24717050002150021387055 | | 220.00 | | |
| 01/04 | Check Card Purchase on 01/01 (Card #432000453), Nannies And Housekeeper 702-4510021 NV Ref #24717050001160011914587 | | 220.00 | | |
| 01/04 | Check Card Purchase on 01/02 (Card #432000453), Bellagio Hotel & Casino Las Vegas NV Ref #24610430003004009185356 | | 773.63 | | |
| 01/04 | Check Card Purchase on 01/01 (Card #432000453), Bellagio - Spa Las Vegas NV Ref #24610430003004013209523 | | 210.00 | | |
| 01/04 | Check Card Purchase on 01/02 (Card #432000453), 7 For All Mankind #718 San Diego CA Ref #24792620003286699800453 | | 174.43 | | |
| 01/04 | Check Card Purchase on 01/03 (Card #432000453), Fedex 870453985978 800-4633339 TN Ref #24164070003741055685690 | | 20.72 | | |
| 01/04 | Check Card Purchase on 01/01 (Card #432000453), Fedex 865324996613 800-4633339 TN Ref #24164070001741073758925 | | 15.19 | | |
| 01/04 | Check Card Purchase on 01/01 (Card #432000453), Fedex 865324998693 800-4633339 TN Ref #24164070001741073965785 | | 22.69 | | |
| 01/04 | Check Card Purchase on 01/01 (Card #432000453), Fedex 865324996624 800-4633339 TN Ref #24164070001741073877378 | | 39.24 | | |
| 01/04 | Check Card Purchase on 01/01 (Card #432000453), Fedex 865324996635 800-4633339 TN Ref #24164070001741074171870 | | 53.22 | | |

Continued on next page                    California



Search

Home    Profile    Account



**Send Hayca a Message**

Only got one life to live. Enjoy it
wisely! Life is Good!!

**Information**

Los Angeles, CA

**Friends**

1,030 friends                    See All

      

Anna Cleta     Dena        Dave Gba
Adriano        Lazaro

Wnk Wear       Joanne       Brad
               Mosconi      Gottfred

**Report/Block This Person**

    Share

### Hayca Bunevacz    Add as Friend

**Wall    Info**

Filters

  **Hayca Bunevacz** This is how we roll in Vegas. And Some More...
Yeeeeeeea



👍 Like   💬 Comment · **Share**

2 people like this.

View all 4 comments

  **Joanne Mosconi** This is how the Bunevacz's role...I know because I
was there!
11 hours ago

  **Vanessa Nagy** get it girl ;)
9 hours ago

  **Hayca Bunevacz** H is for Hayca & Hermes accdg to daddy
15 hours ago

        Jeffrey Hahn likes this.

  **Hayca Bunevacz** Let's Rock 2011!!! Be ready!!! :) Happy New Year :)
Cheers for more amazing memories and lookin forward to another year of
awesomeness!!! :)

December 31, 2010 at 7:23pm · Like · Comment · Share

10 people like this.

  **Vika Ovsoviech** ")
December 31, 2010 at 7:34pm

  **Vika Ovsoviech** Much LOVE & SMILES to YOU and the fAM :)
December 31, 2010 at 7:36pm

  **Hayca Bunevacz** Vegas baby Vegas! At the Bellagio, Good to be home!
📷 December 30, 2010 at 2:06pm via Facebook Mobile

2 people like this.

  **Richelle Santos** See you there!
December 30, 2010 at 2:15pm

  **Hayca Bunevacz** Where u gon be at
December 30, 2010 at 5:11pm via Facebook Mobile

  **Hayca Bunevacz** This remix.. Oww

  **Markus Schulz Feat. Khaz – Dark Heart Waiting (Jochen
Miller Remix)**
www.youtube.com
No download links, just listen to the music and enjoy :D If you like
what you hear - buy & support the artist!

December 29, 2010 at 10:52pm · Like · Comment · **Share**

2 people like this.

  **Hayca Bunevacz** 3:58...
December 28, 2010 at 2:59pm · 👍 3 people

  **Elizabeth Goncharova** sick sound !
December 28, 2010 at 3:06pm

  **Hayca Bunevacz** before the year ends...
**Jes - Lovesong (Cosmic Gate Remix)**
www.youtube.com

Create an Ad



**Best Career Move
for 2011**
smkael.buildlastingsu...

Social entrepreneurs wanted
Strong interpersonal skills
Team players call 888-244-
1143

**CJ Master's Degree
Online**
desales.edu



Advance your career in
investigative forensics or
digital forensics with DeSales
University's online master's in
criminal justice.

**Get 50% off at
Drago**
spotlight.opentable.com



Today only: get $50 for $25
at Drago in Los Angeles with
OpenTable Spotlight.

**Build Your
Civilization!**



Build a civilization of your
own in this 5-star review
game on Facebook. Play
Now!

More Ads



Home    Profile    Account

## Hayca Bunevacz's Photos - Wall Photos

Photo 5 of 5 · Back to Album · Hayca's Photos · Hayca's Profile          Previous Next

**Sponsored**                    Create an Ad

**1,000,000 who care about...**

We are at a tipping point with our Oceans. We have major issues such as overfishing, acidification and garbage patches. Learn and share

Like · 

**Commerce Casino**

Welcome to the Commerce Casino Facebook Page. Like Us Today to receive daily updates and special offers!

**BlackBerry**

Like BlackBerry and stay up-to-date with the hottest apps, devices and the latest news.

Like · 

**Wanted: Ninjas in LA**
zozi.com

Sign Up here for up to 70% off Martial Arts classes in Los Angeles

**Play Dragons of Atlantis!**

Build a great and powerful city, raise an army and train mighty Dragons in the best new MMO on Facebook.

This is how we roll in Vegas. And Some More... Yeeeeeeea

Added today

2 people like this.

 **Jordan Kato** fly me out? I will work for chips...
17 hours ago · Flag

 **Chand Daryanani** wow are u serious?
16 hours ago · Flag

 **Joanna Mosconi** This is how the Bunevacz's role...I know because I was there!
11 hours ago · Flag

 **Vanessa Nagy** get it girl ;)
9 hours ago · Flag

From the album:
Wall Photos by Hayca Bunevacz

Share
Tag This Photo
Report This Photo
Download in High Resolution

---

Facebook © 2011 · English (US)                    About · Advertising · Developers · Careers · Privacy · Terms · Help

Chat (14

Account Activity Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| | | | | | $33,482.32 |
| 11/05 | Wire Type:Wire In Date: 091105 Time:1541 Et Trn:2009110500211773 Seq:2009110500011563/004061 Orig:Action Seating Inc ID:1000072476921 Snd Bk:Su Ntrust Bank ID:061000104 Pmt Det:Vancouver Olympic S | | | $ 230,000.00 | |
| 11/05 | Check # 1095 | | $ 110.24 | | |
| 11/05 | Check # 1103 | | 6,000.00 | | |
| 11/05 | Cash withdrawal on 11/05, Non-Bank of America ATM #BSYS0035 (Card #432000453) | 000004189 | 202.50 | | |
| 11/05 | ATM withdrawal fee on 11/05, Non-Bank of America ATM #BSYS0035 (Card #432000453) | 000004189 | 2.00 | | |
| 11/05 | Processing Fee For Money Tfr-CA Trn: 091105-211773 | | 5.00 | | |
| 11/05 | Processing Fee For Money Tfr-CA Trn: 091105-211773 | | 12.00 | | |
| 11/05 | Check Card Purchase on 11/04 (Card #432000453), Fedex 869784929560 800-4633339 TN  Ref #241640793087411040030102 | | 17.07 | | $257,133.51 |
| 11/06 | Wire Type:Wire In Date: 091106 Time:0138 Et Trn:2009110600041573 Seq:2009110600036988/002017 Orig:Mathias Emmanuel Herzog ID:6226900708140237 Snd BkStandard Chartered Bank Limit ID:026002561 Pmt Det:10037tt1105usd01 | | | $ 20,000.00 | |
| 11/06 | Cash withdrawal on 11/06, Bank of America ATM #ICAD1761 (Card #432000453) | 001411 | $ 200.00 | | |
| 11/06 | Processing Fee For Money Tfr-CA Trn: 091106-041573 | | 12.00 | | |
| 11/06 | CA Tlr cash withdrawal from Chk 3401 Banking Ctr Westridge           #0002545 CA Confirmation# 7653275716 | | 2,000.00 | | $274,921.51 |
| | | | $ 1,515.00 | | |
| 11/09 | Check # 1098 | | | | |
| 11/09 | Cash withdrawal on 11/07, Non-Bank of America ATM #LK563753 (Card #432000453) | 000004591 | 202.50 | | |
| 11/09 | ATM withdrawal fee on 11/07, Non-Bank of America ATM #LK563753 (Card #432000453) | 000004591 | 2.00 | | |
| 11/09 | Purchase on 11/08 (Card #432000453), Bose Beverly Cent  Los Angeles  CA | 105129 | 658.39 | | |
| 11/09 | Check Card Purchase on 11/06 (Card #434584660), George Orloff Md 818-8480590 CA Ref #242707493103001625600027 | | 288.00 | | |
| 11/09 | Check Card Purchase on 11/05 (Card #434584660), Chevron 00305025 Valencia CA Ref #246251293104927571080002 | | 54.65 | | |
| 11/09 | Check Card Purchase on 11/06 (Card #434584660), Big 5 Sporting #104 Valencia CA Ref #244927993124060010202009 | | 140.23 | | |
| 11/09 | Check Card Purchase on 11/05 (Card #434584660), Top Dragon Rehabilitatio North Hollywo CA  Ref #240710593109877106806063 | | 55.00 | | $272,005.74 |
| | | | $ 558.00 | | |
| 11/10 | Check # 1090 | | 6,130.00 | | |
| 11/10 | Check # 1102 | | 13,688.47 | | |
| 11/10 | Check # 1108 | | 1,756.00 | | |
| 11/10 | Check # 1110 | | | | |
| 11/10 | Cash withdrawal on 11/10, Bank of America ATM #ICAD4705 (Card #434584660) | 004650 | 200.00 | | |
| 11/10 | Cash withdrawal on 11/10, Non-Bank of America ATM #CN000013 (Card #432000453) | 000885376 | 202.00 | | |
| 11/10 | ATM withdrawal fee on 11/10, Non-Bank of America ATM #CN000013 (Card #432000453) | 000885376 | 2.00 | | |

Continued on next page                     California

☐ **Account Activity** Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 11/10 | Vz Wireless ARC DES:ARC Check #:1105 INDN:097166340800001 Co ID:2005091205 ARC Ref:009313006489577 | | 389.24 | | |
| 11/10 | American Express DES:WEB Remit ID:091110052482818 INDN:David J Bunevacz Co ID:1133133497 WEB Ref:009314011968831 | | 4,217.84 | | |
| 11/10 | Check Card Purchase on 11/08 (Card #434584660), Chevron 00305025 Valencia CA Ref #24625129313492784805643 | | 58.22 | | |
| 11/10 | Check Card Purchase on 11/08 (Card #432000453), Koi Los Angeles Westhollywood CA Ref #24761979313276636010128 | | 670.22 | | $244,133.75 |
| 11/12 | Check # 1101 | | $ 90.00 | | |
| 11/12 | Check # 1104 | | 983.00 | | |
| 11/12 | Processing Fee For Money Tfr-CA Trn: 091112-344660 | | 25.00 | | |
| 11/12 | Barclaycard US DES:Creditcard ID:76585420 INDN:David Bunevacz Co ID:2510407970 TEL Ref:009316003551002 | | 7,214.92 | | |
| 11/12 | Wire Type:Book Out Date:091112 Time:1639 Et Trn:2009111200344660 Related Ref:01091112009264nn Bnf:Bellagio Llc ID:000990126419 | | 230,000.00 | | |
| 11/12 | Check Card Purchase on 11/10 (Card #434584660), Ritual's Colour Salon Valenica CA Ref #24707809315980143499153 | | 85.00 | | |
| 11/12 | Check Card Purchase on 11/10 (Card #432000453), Sorabol Los Angeles CA Ref #24736939315012383407264 | | 33.53 | | $5,702.30 |
| 11/13 | Wire Type:Wire In Date: 091113 Time:0955 Et Trn:2009111300115801 Seq:2009111300004598/001124 Orig:Action Seating Inc ID:1000072476921 Snd Bk:Su Ntrust Bank ID:061000104 Pmt Det:Olympics 2010 | | | $ 300,000.00 | |
| 11/13 | Check # 1111 | | $ 336.50 | | |
| 11/13 | Processing Fee For Money Tfr-CA Trn: 091113-115801 | | 5.00 | | |
| 11/13 | Processing Fee For Money Tfr-CA Trn: 091113-115801 | | 12.00 | | |
| 11/13 | Processing Fee For Money Tfr-CA Trn: 091113-196504 | | 25.00 | | |
| 11/13 | CA Tlr cash withdrawal from Chk 3401 Banking Ctr Westridge #0002545 CA Confirmation# 5313825573 | | 4,000.00 | | |
| 11/13 | Wire Type:Book Out Date:091113 Time:1412 Et Trn:2009111300196504 Related Ref:01091113004898nn Bnf:Bellagio Llc ID:000990126419 Pmt Det:Reference David Bunevacz Players 34074322 | | 270,000.00 | | $31,323.80 |
| 11/16 | Check # 1112 | | $ 45.16 | | |
| 11/16 | Check Card Purchase on 11/15 (Card #432000453), Fedex 870544776748 800-4633339 TN Ref #24164079319741087346707 | | 16.38 | | |
| 11/16 | Check Card Purchase on 11/15 (Card #432000453), Fedex 869784933172 800-4633339 TN Ref #24164079319741046733854 | | 129.59 | | |
| 11/16 | Check Card Purchase on 11/15 (Card #432000453), Fedex 869784933183 800-4633339 TN Ref #24164079319741056747489 | | 88.51 | | |
| 11/16 | Check Card Purchase on 11/13 (Card #432000453), Fedex 870544776737 800-4633339 TN Ref #24164079317741052992875 | | 11.02 | | |

Continued on next page

California

| Home | Login | Movie Schedule | News | Statistics | Preference | Box Office | Help |

**PEP SCOOP: David Bunevacz and Jessica Rodriguez booted out of Beverly Hills 6750**

Talk in showbiz circles is getting louder that all is not well between, on the one hand, celebrity couple David Bunevacz and Jessica Rodriguez, and, on the other hand, aesthetic clinic Beverly Hills 6750.First Rumor: Within the last two weeks, there ha...                                                                  Apr 28

Ads by Google

**Search**



Movies

Search

**Related Celebrities**

Anjanette Abayari
David Bunevacz
Angelika dela Cruz
Dolphy
Patricia Javier
Cesar Montano
Rey Pumaloy
Joanne Quintas
Bong Revilla
Phillip Salvador

# PEP SCOOP: David Bunevacz and Jessica Rodriguez booted out of Beverly Hills 6750

**Author:** Jo-Ann Q. Maglipon



Talk in showbiz circles is getting louder that all is not well between, on the one hand, celebrity couple David Bunevacz and Jessica Rodriguez, and, on the other hand, aesthetic clinic Beverly Hills 6750.

**First Rumor:** Within the last two weeks, there have been murmurings that David, a former decathlete who is president and CEO of Beverly Hills 6750, has been booted out of the high-end beauty clinic. The murmurings also have it that Jessica, who handles publicity and promotions for the clinic, has been booted out along with David.

**Second Rumor:** Again within the last two weeks, dark rumors have spread that David had been "beaten up" by unnamed enemies. This was supposed to have happened in late November, but nothing has yet come out in the papers or television or radio.

**Third Rumor:** The chatter that followed says that David and Jessica, fearing for their lives, have sought the advice of friends with connections and influence, including a senator and television network executives. The couple are also said to have since consulted a prominent and expensive law firm. Meantime, the chatter also says that the clinic investors have consulted their own equally prominent and expensive lawyers.

**The Latest Rumor:** And now the latest talk is that the couple have gone missing. That is, at press time, they could not be found in their home, office, or any of the regular places they go to. In addition, they have not taken any calls from their showbiz friends or the press.

**MAJOR PUZZLER.** If true, this is a major puzzler.

It will be remembered that Beverly Hills 6750 Cosmetic Surgery and Skin Institute on Ayala Avenue was launched, grandiosely, in late 2006, flying in no less than 1993 Miss Universe Dayanara Torres from California to Manila to endorse it. Unknown to many, the man who almost single-handedly put together the clinic's inspired concept and efficient execution was David Bunevacz.

David has "a knack for putting things together," says a businessman who knows David. This idea, as the clinic's own site, www.6750.com, announces, is to affiliate "with the Beverly Hills Surgical Institute of California, USA," tap "world-class technology," gather "high-caliber medical professionals and staff," and position the clinic as "Asia's latest premier center" for "aesthetic plastic surgery and aesthetic dermatology."

With this, Beverly Hills 6750 went head-to-head with the more established Belo Medical Group and the Calayan Surgicenter, in the cutthroat and lucrative beauty business. In this race, Belo remains the runaway winner, with Calayan trailing a very far second. But within a year of its launch, Beverly Hills has enough patrons willing to pay the steep price of its services, ensuring the clinic's presence in the race.

**Comcast Business Class**
Any-to-Any Connectivity for High Data Traffic Locations. Learn More.
Business.Comcast.com

**Cable-Up Professional**
Cables, Performance & Technology Unconditional Warranty
www.cableup.com

**Cable, Inc. S. California**
Cabling Contractor Specializes in the installation of network cabling
www.cableinc.com

**Watch SHOWTIME® Now**
Preview Full Episodes Online - Get SHOWTIME® On TV & Get $25 Cash Back
OrderShowtime.com

**Fiber Optic Connectivity**
Assemblies, media converters, PoE, VoIP,GatorLink, Patch panels, FDMs,
www.fiberc.com

For his efforts, David was named president and chief executive officer of the clinic, made an official partner, and given anything between 10 and 15 percent of company shares. According to the same businessman, who chooses to remain anonymous, David did not have to put out any cash. His equity was his business acumen.

Following this, David, who lists his profession as "financial consultant," moved from being the man-behind-the-scene to being a very visible man on the scene. So did his wife, Jessica, who at the time was better known as a talent manager and a former starlet.

In fact, showbiz observers say that the couples' involvement with Beverly Hills 6750 was their big ticket to being taken seriously, at last, as players in big-bucks business and, by nature of the clinic, in show business.

Certainly, Jessica, who had long faded in the background as a struggling star-maker, now began making her presence felt in media like a star. This year, she co-hosted *Extreme Makeover* on QTV-11, and also sponsored the "Miss Ugly No More" segment of GMA-7's *Sis*.

(Incidentally, the Miss Ugly No More billboard of Beverly Hills 6750 is considered a high point--or a low one, depending on your point of view--in marketing strategy. One half says it's a great promotional gimmick that hits at the core of every female's insecurity; the other half says it's in poor taste, tapping as it does into society's shallow and dangerous preoccupation with looks. Either way, the in-your-face billboard made its mark on the public that traverses EDSA daily.)

Jessica was again seen in the "Celebrity Special" of *Wish Ko Lang*, and had likewise become visible in showbiz events, where often she was seen in the impressive company of women executives of GMA-7. And when she made it to the Final 3 of the high-rating GMA-7 show, *Celebrity Duets*, she had officially been reintroduced to today's generation of viewers, giving her true celebrity status.

As it happens, the Bunevacz couple seem to like to do things with fanfare, which of course makes them even more recognizable in public. During the finals night of *Celebrity Duets* on October 20, for instance, David surprised Jessica with an opulent wedding anniversary gift: a BMW X5 car, said to have cost in the vicinity of 5.6 million pesos.

According to car aficionados on the scene, the BMW SUV came especially set up with an Aerokit body cladding and 20-inch alloy wheels, which alone would have cost P400,000. The car also came with a huge red ribbon taped to its hood (see photo). Television cameras and showbiz reporters were around to capture Jessica receiving the gift in tears. In the next few days, the gift would become the subject of the entertainment pages of the national broadsheets and tabloids, giving the couple even more exposure.

**BECOMING A COUPLE.** Jessica Rodriguez and David Bunevacz were married on December 9, 2000.

Before becoming a bit player in the movies, the tall and attractive Jessica worked as a model and joined the Binibining Pilipinas beauty pageant, where she made it to the final ten. Eventually, she shifted from modelling to acting, and then to managing talents. At one point, she managed Angelika dela Cruz and Patricia Javier, and among her current talents are Jackie Forster and Joanne Quintas. She is known to have a strong working relationship with Viva Entertainment Inc., and is said to have the ear of the company's big boss, Vic del Rosario.

Four years ago, when she gave birth to her youngest, Breanna, now three years old, Jessica kept away from the limelight. With the creation of Beverly Hills 6750, she began to be seen all over the place again, except that this time she had taken on a more corporate persona.

David's own showbiz connection started in 1997, when he became known as the athlete-boyfriend of U.S.-reared Anjanette Abayari, a former beauty queen who entered local showbiz and who, within the few years she was in the Philippines, reached leading-lady status. The dusky and voluptuous beauty starred with, among others, Cesar Montano (*Silakbo*), Phillip Salvador (*Hanggat May Hininga*), Dolphy (*Aringkingking*), and even FPJ (*Ang Syota Kong Balikbayan*). In 2001, David himself landed roles in the movies *Buhay Kamao* and *Tusong Twosome*. However, he never made it big in showbiz.

David did get into one major showbiz scandal, which is supposed to be a measure of whether a person has "arrived" in showbiz. (The idea being that if you're not a celebrity, nobody will bother to write about a scandal involving you.) This particular scandal, which became the stuff of tabloids, had to do with his then high-profile relationship with Anjanette, plus their friend Jessica. The story goes that when Anjanette was jailed by Guam airport police for having illegal drug paraphernalia in her luggage, her live-in partner David not only failed to see

her through to the end of her ordeal, he allegedly sold off all her furniture in her absence.

True or not, it did not help that David would soon after have a romantic relationship with Jessica, who had been very close to Anjanette. Eventually, with Anjanette settling in the U.S. and David and Jessica marrying, incidentally with big-time businessmen, politicians, and showbiz folk for sponsors--the public forgot all about this, and everyone moved on.

Since then, all has been quiet on David's front. During that period, PEP's businessman-source says, David made a fortune through major infrastructure projects down south, in partnership with a Chinese-Filipino investor. Also since then, David and Jessica have lived as man and wife in relative anonymity. Until, that is, the high-rolling Beverly Hills 6750 came along.

**THE BMW & THE PORSCHE.** "David and Jessica are out of Beverly Hills!" exclaims a source in early December.

The source, a clinic insider who speaks to PEP only on condition of anonymity, reveals that David's partners at the clinic are accusing David of "embezzlement." The amount in question is reportedly P20 million. One evidence being used against David is reportedly the very cheque with which he made a deposit for Jessica's BMW X5. Currently, the source adds, an audit is going on at the clinic.

(A website on criminal law defines *embezzlement* as "the fraudulent conversion of property of another by a person in lawful possession of that property.")

Another source, this time from David's circle but also demanding anonymity, says that David, as president and CEO of the clinic, was given the unusual power of being the "sole signatory" of company cheques. "It's not the way to do business, but maybe they really trusted him," the source speculates. "Just David. Even Jessica could not come near the money." The source sums up, "In effect, the guy ran the show."

The source talks of the David he knows. "I think David did not mean to steal from the company, at first. This was his ticket to the big time, after all." However, the same source concedes, David could have been guilty of "kiting," which refers to the practice of well-placed employees extending their personal funds by dipping into company funds. The practice, adds the source, is rationalized by the person doing it by saying he intends to return the money to the company in due time. He adds, "I think that's what happened to David."

Unfortunately, alleges the same source, some of David's partners at the clinic began to suspect something was amiss. And the very thing to trigger their suspicion was David buying the BMW for Jessica. "That was when they began feeling something was wrong here," claims the source. Apparently, the partners now wondered how David could give Jessica a brand-new BMW X5, valued at P5.6 million, in October of 2007, when he'd just purchased for himself a brand-new Porsche Cayenne Turbo, valued at P4 to 6 million, also in October of 2007.

The partners then began their investigation, the source claims, with the cheque David used to purchase the BMW. They discovered, the source adds, that the cheque was indeed a "company cheque."

**THE WHITE PAPER.** Within the last week, a white paper shown to a PEP source seemed to further crush the couple's fairy-tale existence. According to the white paper, the couple have been living a lifestyle far more lavish than their incomes can possibly afford them. It alleges that the Bunevaczes would take trips abroad, never travelling less than first class, and charging it all to the company. It alleges that they flew to California, where Jessica's eldest daughter, Hayca, is currently studying, at least five times within one year, first class every time, at company expense.

It does not help the Bunevaczes that they have an obvious liking for the "good life." Apart from the very visible Porsche and the BMW SUV, and the expensive private schools for their children here and abroad, the couple like to wear flashy, expensive adornment. Jessica's watch, says a female employee at Viva, is a "Cartier na maraming real diamonds at iyong kay David mukhang sobrang mamahalin din." The employee also says Jessica's bags are "lahat Louis Vuitton."

*Abante Tonite's* columnist Rey Pumaloy wrote in May this year that when Jessica's last birthday was celebrated in Hong Kong, she received from David a ring with a rare African aquamarine stone believed to be worth more than half-a-million pesos. Just three months ago, the Bunevaczes told YES! that by 2008 they would be moving out of their rented house in Ayala Alabang, and moving into the house they're building in the same village.

**THE INCIDENT.** Now comes a PEP source from the business sector who says that "something really happened to David."

Last November 27, the businessman says, Jessica received a distraught call from a male friend who belongs to the same Christian church that she and David go to. The male friend asked, "Where is David? Where is David!" A clueless Jessica answered, "Why? Why?," her voice growing more scared by the minute.

The source goes on to say that the male friend, himself very agitated, told Jessica that he'd just called David on the latter's cell phone. But when the call got through, all the male friend could hear was grunting and cursing and sounds of pain. "Like somebody's hair was being pulled and it really hurt," says the source. Jessica became hysterical by then, adds the source, but managed to make a lot of calls. When she still could not locate David, and became sure that David was in danger, she got a high-ranking police officer on the phone.

Another PEP source, who belongs to neither the Bunevacz camp nor the partners' camp, confirms that this call was made. Jessica reportedly told the police officer that her husband had been "abducted." Pleading with him to find David, and convincing the officer that there was reason to fear for David's life, the officer eventually sent operatives to the Bunevaczes' house. By the time the operatives got there, however, they reportedly found David home--relatively safe, although badly beaten. "He had marks on his face," the source says.

According to the same PEP source, David's story went this way: He was asked by people known to him to meet with them in the Greenhills area. He went. Then they got into a heated discussion, and the guys began accusing him of things he wasn't guilty of. So he kept denying everything. Then they started hitting him with their fists, their feet, and "doing things to him you can't imagine." At one point, they held a gun to his head. Before it was over, they had made him sign over his Porsche, and also got his watch. Then they let him go, with threats to his life, if he didn't return what they said he'd stolen from the company.

**CONFIRMING THE RUMORS.** This independent PEP source says he is very sure of his story. Still, a check with the Criminal Investigation and Detection Group-Criminal Investigation and District Unit, National Capital Region (CIDG-CIDU, NCR), as of December 13, or more than two weeks after the incident, showed up no record of any complaint--either of abduction and physical injuries or carnapping and robbery--from the Bunevaczes, against anybody.

Nevertheless, another PEP source says that a Beverly Hills 6750 insider intimated to him that the incident "really happened." Reportedly, some investors connected to the clinic wanted answers from David, the clinic's president and CEO, about the misuse of clinic funds.

"Parang David had made the clinic his own personal ATM machine," says the source, and the investors wanted David to own up. "But the guy kept denying everything, even when they showed him their evidence, so they got really pissed," the source adds. That is when things got ugly, the source concludes. This includes, confirms the source, the group manhandling David and taking away his Porsche and expensive watch.

A third source, a friend of the Bunevaczes, confirms that after the incident the couple sought the help of friends "with connections." Some said they had a strong case, and advised them to file charges for abduction and carnapping, both non-bailable offenses. Others advised them to think hard before charging anybody because their enemies had "friends in high places in the PNP [Philippine National Police]." The couple also went to Senator Ramon "Bong" Revilla, Jr., who reportedly advised them to go the National Bureau of Investigation (NBI), a body not under the PNP but directly under the Justice department.

According to this third source, the Bunevacz couple are both very frightened for their lives. David flew to Hong Kong the very day after the incident, but returned the following day. The couple did go to the NBI, where they told their version of the story to high-ranking officers of the bureau. They also did go to the Villaraza and Angangco Law Office, in preparation for a possible legal war with their partners. The source insists that the CIDG-CIDU is also aware of the story, but wonders why there is still no blotter there of the incident. "Maybe they're still busy with the Manila Pen incident," says the source.

**RECENT DEVELOPMENTS.** A check by PEP with car circles on December 8 confirms that Jessica's BMW X5 is now up for sale, through BMW's Certified Pre-owned program. According to motoring journalists, David cited "financial problems" as his reason for putting the two-month old BMW back in the market.

A call by PEP to Beverly Hills 6750, also on December 8, produced only more questions. Nobody there seemed to know where she is, and we were told instead to "write to the general manager."

A call to both Jessica and David through their cell phones have produced dead air.

Speculation is rife in show business that many players--stars, managers, network executives, reporters--already have bits and pieces of the story. Jessica, at the first stages of panic, is said to have unburdened herself to trusted industry hands, including some columnists. But now, reliable PEP sources say, Jessica wants the story killed. She wants it way out of print and definitely out of television, ostensibly because she and David are still trying to broker peace with their partners. They are negotiating, according to PEP sources, from the United States, to where they have flown.

*With reports from Karen A. Pagsolingan*

**Source:** Philippine Entertainment Portal

**Nabasá:** 237, **Huling Pagbabago:** March 04, 2011

Copyright © 2008 - 2011. Cerphin.net. This article is a copyright property of Philippine Entertainment Portal. This page serves as an archived copy of the article written by *Jo-Ann Q. Maglipon*. All rights reserved. No part of this website shall be copied or reproduced in any means possible without explicit permission from the owners.

Home - Terms of Service - Privacy Policy - Preference - Help

Pages in this website are best viewed in Mozilla FireFox on a 1024x768 resolution.

Page 161

1    But frankly, I don't have the document with me to

2    show you.

3    BY MR. MORIARTY:

4         Q.   Let's go through this issue because I want

5    to make sure we are in agreement on the record under   01:34PM

6    oath as to what happened.

7         A.   Okay.

8         Q.   You told my client Gene Hammett in writing

9    that you had wired $726,400 to somebody in Hungary

10   on December 1st, 2008, and, in fact, that was false?   01:34PM

11            MR. ST. MARIE:   Asked and answered.

12            THE WITNESS:   Yes.

13   BY MR. MORIARTY:

14        Q.   That was false?

15        A.   Yes.                                          01:34PM

16        Q.   You actually phonied these documents?

17        A.   Yes.

18        Q.   You phonied the application; true?   The

19   handwritten document that is 863?

20        A.   Yes.                                          01:34PM

21        Q.   And you phonied the type written document

22   862; correct?

23        A.   Yes.

24        Q.   And you phonied the document 864?

25        A.   Yes.                                          01:34PM

CONFIDENTIAL ATTORNEY'S EYES ONLY

Page 162

1        Q.    Okay.  How did you do that?

2        A.    I have these documents in my house for all

3   of the wires that we do.

4        Q.    All right.  Let's take them one at a time.

5        A.    All right.                        01:34PM

6        Q.    You got a blank form 863 I guess at your

7   house?

8        A.    Yes, we have a drawer full of them.

9        Q.    Okay.  And you hand wrote false

10  information on that form?  True?              01:34PM

11       A.    After I --

12       Q.    True?

13       A.    True.

14       Q.    Okay.  And who marked out the beneficiary

15  name and this other field that is blanked out?  Who  01:34PM

16  did that?

17       A.    I don't know.

18       Q.    Well, when you sent it to my client was it

19  blacked out?

20       A.    Yes.  I believe so.               01:34PM

21       Q.    Well, who else messed with this document

22  besides you?

23       A.    I don't -- I'm not really sure.  I don't

24  want to say something that is not correct, but I

25  don't know.                                   01:34PM

Page 336

1    STATE OF CALIFORNIA      ) ss:

2    COUNTY OF LOS ANGELES    )

3

4             I, KELLIE MITCHELL, C.S.R. No. 7273, do

5    hereby certify:

6

7             That the foregoing deposition testimony of

8    DAVID BUNEVACZ was taken before me at the time and

9    place therein set forth, at which time the witness

10   was placed under oath and was sworn by me to tell

11   the truth, the whole truth, and nothing but the

12   truth;

13            That the testimony of the witness and all

14   objections made by counsel at the time of the

15   examination were recorded stenographically by me,

16   and were thereafter transcribed under my direction

17   and supervision, and that the foregoing pages

18   contain a full, true and accurate record of all

19   proceedings and testimony to the best of my skill

20   and ability.

21            I further certify that I am neither

22   counsel for any party in said action, nor am I

23   related to any party to said action, nor am I in any

24   way interested in the outcome thereof.

25

CONFIDENTIAL ATTORNEY'S EYES ONLY

Page 337

1

2

3

4

5          IN WITNESS WHEREOF, I have subscribed my name

6    this 20th day of November, 2010.

7

8

9

10              *Kellie Mitchell*

11          KELLIE MITCHELL, C.S.R. No. 7273

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT

From:        David Bonevaz
To:          Gene Hammett
Subject:     Wire info to Hungary: confidential documents only for your eyes
Date:        Tuesday, December 02, 2008 7:25:26 PM
Attachments: img009.jpg
             img011.jpg
             img012.jpg

here is the wire docs, please get me this money as soon as you can Gene. I am trusting that you will
come through.
David


--- On Tue, 12/2/08, Gene Hammett <gene@eventmarketplace.com> wrote:

> From: Gene Hammett <gene@eventmarketplace.com>
> Subject: i forgot he had a office meeting and be out at 2:30 is that OK?
> To: dbonevaz@yahoo.com
> Date: Tuesday, December 2, 2008, 9:38 PM
> Gene Hammett
> CEO
> Action Seating, Inc. (formerly Event Marketplace LLC)
> * Phone:  770-458-4522 ext. 7
> * Mobile: 678-283-2457
> 7  Fax: 770-234-6730
> * Email:   <mailto:gene@actionseating.com>
> gene@actionseating.com
>
> www.ActionSeating.com <http://www.actionseating.com/>

```
BFTTBFT1             _____        0 BFT
08/12/01
BFT1        CO  319   OP  NBKU ZU6
                 NON-REPETITIVE INTERNAL/OUTBOUND WIRE DEBIT
SCREEN


AMOUNT    726,400.00 DEBIT DATE 12/01/2008 VALUE DATE
12/01/2008
SOURCE (OTC,PHN,FAX,LTR) OTC PURPOSE COST CENTER 2543
DEBIT ACCOUNT TYPE  D (D=DDA, G=G/L,ACCT # 002545343401 STATE
CA
                      I=ICA,S=SAV)  COST CENTER  SERIAL#
AVAILABLE BALANCE         822,035.00  RESULTING BALANCE
95,635.00
OD APPROVED BY
                                  ACCT STATUS  UNCONVERTED

ACCOUNT TITLE      PEGAZUS SPORTS MARKETING & CONSULTANTS
           ADDR    14622 VENTURA BLVD.
                   SHERMAN OAKS CA 91436

DOES DEBIT ACCOUNT BELONG TO ORIGINATING PARTY (Y/N) ?  Y
ORIG PARTY NAME    DAVID BUNEVACZ
STREET ADDR        24910 AVIG DRIVE
CITY SANTA CLARITA      STATE   CA  ZIP  91355      COUNTRY US

WAIVE FEES  (Y/N) ? N  REASON
PRINT SCREEN.  PRESS PF12 TO CONTINUE.

PF4=MAIN MENU PF9=CANCEL PF12=CONTINUE
```

GH 000862

**Bank of America** 

**Funds Transfer Request
and Authorization**

## Section I: Requester/Originator Information

Name: Pegazus Sports
Telephone #: (bl) 728.5365
Date Wire to be Sent: 12/01/08

Address: 71662 Ventura Blvd
City: Sherman Oaks
State: CA
Zip: 91436

Customer ID Type: CD
ID #:
Issue State/Country: ____
Issue Date: ____
Expiration Date:

Method of Signature Verification (if Applicable):

## Section II: Associate Accepting Wire

Associate Name: Diane Carley
Phone and Fax #: (bl) 670-2090
Unit Cost/CC#: 02/20/08
Date: 12/1/08
Time: 9:45

Callback Required in Phone, Fax or Letter: ☐ Yes  ☐ N/A
Name/Number of Person Contacted:
Date/Time:
Approval required: No or Approval received by:

## Section III: Domestic Payment Instructions

Amount of Wire: $
Debit Account Type (circle one): CHKG  SAV  ICA  GL
Serial # (For ICA/GL) or Repetitive ID#:
Source: ☐ Fax  ☐ Phone  ☐ Letter  ☐ OTC

Account to Debit:
State:
Available Balance: $
Account Title:

Overdraft Amount:
Overdraft Approved by (Name & Signature):
Date:
Wire Fee: $

## Section IV: International Payment Instructions: ☑ Check here if funds must be sent in US Dollars

USD Amount of Wire: $ 722,400.00
Country: Hungary
Rate:
Foreign Currency Code:
Foreign Currency Amount:

Debit Account Type (circle one): CHKG  SAV  ICA  GL
Serial # (For ICA/GL) or Repetitive ID#:
FX Reference ID (If Applicable):
Source: ☐ Fax  ☐ Phone  ☐ Letter  ☐ OTC

Account to Debit: 00549393401
State: Ca
Available Balance: $ 822,635.00
Account Title: Pegazus Sports Marketing

Overdraft Amount: $
Overdraft Approved by (Name & Signature):
Date: 12/1/08
Wire Fee: $ 30.

## Section V: Wire Information

Beneficiary Name: ▬▬▬▬▬▬▬
Beneficiary Account # OR IBAN (if IBAN, no further Beneficiary Bank information is required): #0225372544431655679▬

Beneficiary Address:   Street
City
State
Country
Zip

Beneficiary Bank Name: Citibank RT.
ABA # or SWIFT or National ID: CITIHUHX

Beneficiary Bank Address:   Street ALkotmany u. 3 Budapest, H-027   HU-2337
City
State
Country
Zip

Additional Instructions (Attention To, Phone Advise, Customer Reference, Contact Upon Arrival):

Send Thru Bank/BK (if available):
ABA # or SWIFT or National ID:

Send Thru Bank Address:   Street
City
State
Country
Zip

## Section VI: Customer Approval

I authorize Bank of America to transfer my funds as set forth in this section from herein including debiting my account if applicable, and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see reverse side) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided in Section IV or, if one rate is entered, the rate provided by Bank of America at the time the wire transfer is sent.

Customer's Signature: ____
Date of Request: 12/1/08

## Section VII: Wire System Entry/Verification     BAT Approval Authorization # (if applicable)

Wire Entered By: Name Signature (attach BFT screen prints):
Print:
Signature:
BFT System Time: 10:450
BFT Sequence #: 01391082013364

Date of Entry and Verification:
Verified By (Name Signature) (Print Verification Screen):
Print:
Signature:
BFT System Time:

**Note: Purpose of Wire must be disclosed if sent to an OFAC blocked country – See OFAC in PRO**

```
BFTTBFT1          _____        0 BFT
08/12/01
BFT1       CO  319   OP  NBKU ZU6
                 NON-REPETITIVE INTERNAL WIRE CREDIT ENTRY


CREDIT INFORMATION

       CREDIT COUNTRY   HUNGARY
       ACCT TYPE        D  (D=DDA,G=G/L,S=SAV,0=OTHER)
       ACCT#            HU2233723844431665587▓▓▓▓▓
       ACCT STATUS      UNCONVERTED
       ACCT TITLE       ▓▓▓▓▓▓▓▓▓▓I
       ADDRESS          ALKOTMNY U. 3, BUDAPEST, H-1027


CUSTOMER REFERENCE




PRINT SCREEN.  SEQ# 01081202013306 VERIFY BY 18:00 12/01/2008

PF4=MAIN MENU PF9=CANCEL PF11=PREV SCRN PF12=CONTINUE

WAIVE FEES  (Y/N)  ? N  REASON
PRINT SCREEN.  PRESS PF12 TO CONTINUE.

PF4=MAIN MENU PF9=CANCEL PF12=CONTINUE
```

GH 000864