| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| The X-Law Group, P.C.<br>Filippo Marchino, Esq. (SBN 256011)<br>George Panagiotou, Esq. (SBN 263172)<br>633 W. 5th Street, Suite 2629<br>Los Angeles, CA 90071<br>(213) 223-2232 (office)<br>(213) 226-4691 (fax)<br><br>☐ Individual appearing without counsel<br>☒ Attorney for:   Creditors Gene Hammett & Action Seating, Inc. |  |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br>   Pegazus Sports Marketing & Consultant, Inc.<br><br><br><br><br><br>                                               Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 2:11-bk-24929<br><br>DATE:  5/5/11<br>TIME:  9:30 a.m.<br>CTRM:  1539<br>FLOOR: 15 |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
**(MOVANT:** Gene Hammett & Action Seating, Inc.                              **)**

1. The Motion was:   ☒ Contested     ☐ Uncontested     ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name: Bunevacz v. Action Seating, Inc., et al.

    Docket number: BC432901

    Court or agency where pending: Los Angeles Superior Court

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)     ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a.   ☒ Terminated as to Debtor(s) and Debtor's(s') estate.
    b.   ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.   ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:**  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
    a.   ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
    b.   ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                                                         **F 4001-1O.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* ___    **F 4001-1O.NA**

| In re<br>Pegazus Sports Marketing & Consultant, Inc. | (SHORT TITLE)<br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:11-bk-24929 |
|---|---|---|

7. This Court further orders as follows:
   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☐ See attached continuation page for additional provisions.

Dated: 5/5/11

_____
UNITED STATES BANKRUPTCY JUDGE

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of* ____    **F 4001-1O.NA**

| In re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| Pegazus Sports Marketing & Consultant, Inc. | | Debtor(s). | CASE NO.: 2:11-bk-24929 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
633 W. 5th Street, Suite 2687
Los Angeles, CA 90071

A true and correct copy of the foregoing document described as Order on Motion for Relief from Stay (Non-bankruptcy Action) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/5/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 5/5/11 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Peter H. Carroll (via personal delivery to chambers)    Armen Shaghzo (via email and fax)
255 East Temple Street. Suite 1534/Courtroom 1539    100 W. Broadway, Suite 540, Glendale, CA 91210
Los Angeles, CA 90012    (818) 241-0035 (fax) AS@Shaghzolaw.com

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/5/11 | Anabel Rodriguez | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1O.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of* ____    **F 4001-1O.NA**

| In re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| Pegazus Sports Marketing & Consultant, Inc. | | Debtor(s). | CASE NO.: 2:11-bk-24929 |

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order on Motion for Relief from Stay (Non-bankruptcy Action) _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 5/5/11 _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Elissa Miller (TR)  
Sulmeyer Kupetz  
333 S. Hope Street, 35th Floor  
Los Angeles, CA 90071  
213-626-2311   CA71ecfbis.com

United States Trustee  
725 S. Figueroa Street, 26th Floor  
Los Angeles, CA 90017  
usptregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Armen Shaghzo  
Shaghzo & Shagho  
100 W. Broadway Ste 540  
Glendale, CA 91210  
818-241-8887  
818-241-0035 (fax)  
as@shaghzolaw.com

Pegazus Sports Marketing and Consultant, Inc.  
10910 Wellworth Avenue #209  
Los Angeles, CA 90024

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1O.NA**