Sina Maghsoudi, ESQ. (SBN262764)
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
Phone: 213-223-2135
Fax: 213-223-2136

The X-Law Group P.C.
Filippo Marchino, Esq. (SBN 256011)
George Panagiotou, Esq. (SBN 263172)
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
Phone: 213-223-2135



FILED
MAY 05 2011
CLERK U.S. BANKRUPTCY
CENTRAL DISTRICT

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Pegazus Sports Marketing & Consultant Inc. ) | DECLARATIONS OF CREDITOR'S COUNSEL IN SUPPORT OF MOTION FOR SANCTIONS |
| ) | |
| ) | Chapter 7 |
| ) | Case No. 2:11-bk-24929 PC |

## **DECLARATION OF FILIPPO MARCHINO**

I, Filippo Marchino, hereby declare that:

1. I am an attorney licensed to practice law in the Central District of the United States District and Bankruptcy Courts, as well as in all courts in the State of California.

2. I, along with my co-counsel George Panagiotou and Sina Maghsoudi, represent Creditors Gene Hammett and Action Seating, Inc. in this bankruptcy case filed by Debtor Pegazus Sports Marketing & Consultant, Inc.

3. This bankruptcy case (2:11-bk-24929) is currently assigned to the Honorable Peter H. Carroll, Chief Judge of the U.S. Bankruptcy Court, Central District.

4. I also represent Mr. Hammett and Action Seating in the non-bankruptcy action which is currently pending in the Los Angeles Superior Court, case number BC432901.

5. This declaration is in support of Creditor's sanctions motion which is currently pending in this bankruptcy action with a pending motion hearing date of May 31, 2011.

6. Both I and George Panagiotou spent a considerable amount of hours of attorney time opposing the two bankruptcy petitions filed by Debtor. This included the following hours at our $350/hour billing rate:

    a. 2 hours of attorney time interacting with Creditor, Trustee, and Office of U.S. Trustee's Criminal Enforcement Division following the bankruptcy filing, the first 341 hearing, the filing of the second petition, and leading up to the second 341 hearing = $700

    b. 6 hours of attorney time (2 attorneys at 3 hours each) for review of the voluminous evidence and preparation of the documents, exhibits and materials necessary for the 341 hearing in the first bankruptcy filing.

    c. 3 hours of actual time spent in court, inclusive of travel and wait time, for two attorneys to attend the first 341 hearing (2 attorneys at 1.75 hours each).

    d. 0.6 hours for the review of Debtor's ex parte papers, two telephone calls to the courtroom clerk regarding the ex parte, and communications with debtor regarding the same.

    e. 2.5 hours of actual time spent in court, inclusive of travel and wait time, for two attorneys to attend the second 341 hearing (2 attorneys at 1.25 hours each).

2

f. 5 hours of attorney time putting together the Relief of Automatic Stay Motion and the Reply to Debtor's opposition.

g. 1 hour of attorney time for conference call between Creditor's attorneys and Debtor's attorney regarding the emergency petition, as well as drafting and sending a letter giving notice of bankruptcy fraud to Debtor's counsel (0.5 hours each).

h. Additionally, Mr. Sina Maghsoudi, on behalf of Creditor, drafted and prepared for filing the motion for sanctions. His declaration is attached hereto and sets forth that he spent more than 11 hours (at $250/hour) reviewing the voluminous financial records, drafting the sanctions motion and preparing the sanctions motion for filing. The 11 hours includes 10 hours of work on the motion and allows for 1 hour of attorney time to attend the motion hearing, inclusive of wait and travel time.

i. The total attorney time spent by Mr. Marchino and Mr. Panagiotou is 20.1 hours at $350/hour, or **$7,210**.

j. The total attorney time spent by Mr. Maghsoudi is 11 hours at $250/hour, or **$2,750**.

7. Based on the above, and based on Mr. Sina Maghsoudi's declaration attached hereto, the total requested sanctions are **$9,960**.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed on May 3, 2011, at Los Angeles, California.

Filippo Marchino, Esq.

3

## DECLARATION OF SINA MAGHSOUDI

I, Sina Maghsoudi, hereby declare that:

1. I am an attorney licensed to practice law in the Central District of the United States District and Bankruptcy Courts, as well as in all courts in the State of California.

2. This declaration is in support of Creditor's Motion for Sanctions in case number 2:11-bk-24929, which is currently pending before the Honorable Peter H. Carroll, Chief Judge of the U.S. Bankruptcy Court, Central District. The hearing date on the motion is May 31, 2011.

3. I drafted Creditor's sanctions motion. I personally spent more than 10 hours of actual attorney time reviewing Debtor's financial records, reviewing Mr. Bunevacz's deposition testimony, reviewing other discovery and other relevant documents, as well as drafting and preparing the sanctions motion. Additionally, my motion requests an additional 1 hour of attorney time, inclusive of travel and wait time for the sanctions hearing. My hourly rate is $250/hour.

4. I therefore request that this Court grant, against Debtor and its counsel Armen Shaghzo, in addition to the sanctions set forth in Mr. Marchino's declaration, the full 11 hours of work I spent on this sanctions motion, or $2,750.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed on May 3, 2011, at Los Angeles, California.

Sina Maghsoudi, Esq.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
633 W. 5th Street, Suite 2686, Los Angeles, CA 90012

A true and correct copy of the foregoing document described as <u>Declarations of Creditor's Counsel in Support of Motion For Sanctions</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>5/5/11</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Peter H. Carroll (via personal delivery to chambers)   Armen Shaghzo (via email and fax)
255 East Temple Street, Suite 1534/Courtroom 1539                     100 W. Broadway, Suite 540, Glendale, CA 91210
Los Angeles, CA 90012                                                 (818) 241-0035 (fax)   AS@Shaghzolaw.com

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/5/11 | Anabel Rodriguez | /s/ Anabel Rodriguez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                    **F 9013-3.1.PROOF.SERVICE**

5/5/11 - 2:11-bk-24929

## ATTACHMENT TO PROOF OF SERVICE

### (Declarations of Creditor's Counsel in Support of Motion for Sanctions)

United States Trustee LA(via email)

Ustpregion16.la.ecf@usdoj.gov

Elissa Miller (TR) (via email)

CA71@ecfcbis.com

MillerTrustee@Sulmeyerlaw.com;

emiller@ecf.epiqsystems.com