| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Armen Shaghzo, Esq. [sbn<br>Shaghzo & Shaghzo Law Firm. APC<br>100 W. Broadway, Suite 540<br>Glendale, CA 91210<br>818-241-8887<br>178802]<br>☒ *Attorney for Debtor* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CASE NO.: 2:11-bk-24929 |
|---|---|
| In re:<br><br>Pegazus Sports Marketing and Consultant, Inc.<br><br>                                                      Debtor. | CHAPTER: 7<br><br>DATE:  **June 28, 2011**<br><br>TIME   :**9:30 a.m.**<br><br>COURTROOM: **1539** |

## NOTICE OF MOTION FOR:

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR PEGAZUS SPORTS MARKETING AND CONSULTANT, INC.; DECLARATION OF ARMEN SHAGHZO, ESQ. IN SUPPORT THEREOF**

*(Specify name of Motion)*

1.  TO:  **ALL INTERESTED PARTIES, (SEE ATTACHED MAILING LIST)**

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|
| ☒ | 255 East Temple Street, Los Angeles | ☐ | 411 West Fourth Street, Santa Ana |
| ☐ | 21041 Burbank Boulevard, Woodland Hills | ☐ | 1415 State Street, Santa Barbara |
| ☐ | 3420 Twelfth Street, Riverside | | |

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the Judge's self-calendaring procedures.

Dated: **May 25, 2011**

Shaghzo & Shaghzo Law Firm. APC
*Law Firm Name*

By: *[signature]*

Name:   Armen Shaghzo, Esq. [sbn 178802]
*Attorney for Movant*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.1

ARMEN SHAGHZO, Esq. [SBN 178802]
**SHAGHZO & SHAGHZO LAW FIRM**
100 W. Brand Blvd., Suite 540
Glendale, CA 91210
Tel. No.: (818) 241-8887
Fax No.: (818) 241-0035
Email: as@shaghzolaw.com

Attorneys for Debtor Pegazus Sports Marketing
and Consultant, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:11-bk-24929 PC |
| PEGAZUS SPORTS MARKETING AND CONSULTANT, INC. | Chapter 7 |
| | **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR PEGAZUS SPORTS MARKETING AND CONSULTANT, INC.; DECLARATION OF ARMEN SHAGHZO, ESQ. IN SUPPORT THEREOF** |
| | Hearing Date: June 28, 2011 |
| | Time: 9:30 a.m. |
| | Courtroom: 1539 |
| | Roybal Federal Building and Courthouse |
| | 255 East Temple Street, |
| | Los Angeles, California 90012 |

MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR PEGAZUS SPORTS
MARKETING AND CONSULTANT, INC.; DECLARATION OF ARMEN SHAGHZO, ESQ.
IN SUPPORT THEREOF - 1

PLEASE TAKE NOTICE, that on June 28, 2011 at 9:30 a.m. in Courtroom 1539 of the Roybal Federal Building located at 255 East Temple Street, Los Angeles, California 90012, Shaghzo & Shaghzo Law Firm, APC, counsel for Debtor Pegazus Sports Marketing and Consultant, Inc., pursuant to Local Bankruptcy Rule ("LBR") 2091-1, will and hereby does move the Court for an order authorizing and granting the withdrawal of Shaghzo & Shaghzo Law Firm, APC as counsel for the Debtor, Pegazus Sports Marketing and Consultant, Inc.

PLEASE TAKE FURTHER NOTICE that, pursuant to LBR 2091-1(c)(3), notice of this Motion is being given to the Debtor, the Trustee, and Creditor, Action Seating, Inc. who has appeared in this action. The Debtor, Trustee and Creditor will be served at the addresses listed on the Proof of Service.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pegazus Sports Marketing and Consultant, Inc. (hereinafter "Debtor") filed a voluntary Chapter 7 bankruptcy petition on April 6, 2011. Differences have since arisen between Debtor and Shaghzo & Shaghzo Law Firm, APC (hereinafter "Counsel") that make it unreasonably difficult, if not impossible, for Counsel to continue to continue to carry out the employment effectively and continue to represent Debtor. While Counsel cannot divulge the specific matters leading to this conclusion, the disagreements are such that Counsel cannot offer effective assistance to Debtor and the attorney-client relationship is at an end. Counsel has advised Debtor of Counsel's intention to bring this motion to withdraw by privileged communication.

## WITHDRAWAL IS APPROPRIATE UNDER THE CIRCUMSTANCES

Pursuant to Local Bankruptcy Rule 2091-1(a), Counsel has appeared on behalf of Debtor and may not withdraw from representation without leave of court. (LBR 2091-1(a).) In considering grounds for withdrawal as counsel, Courts generally look to the applicable state rules of professional conduct. (*Elan Transdermal Limited v. Cygnus Therapeutic Systems,* 809 F. Supp. 1382, 1387 (N.D. Cal. 1992). Such leave may be granted by the bankruptcy court,

MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR PEGAZUS SPORTS MARKETING AND CONSULTANT, INC.; DECLARATION OF ARMEN SHAGHZO, ESQ. IN SUPPORT THEREOF - 2

so long as withdrawal is consistent with the California Rules of Professional Conduct. *Value Property Trust v. Zim Co.* (*In re Mortgage Realty Trust*), 195 B.R. 740, 747 (Bankr. C.D. Cal. 1996). Withdrawal is permissive under Rule 3-700(c) where it is unreasonably difficult for Counsel to carry out the employment effectively or where Counsel believes in good faith that there exists other good cause for withdrawal. (California Rules of Professional Conduct, Rule 3-700.) Given the current relationship with Debtor, it is unreasonably difficult for Counsel to carry out the employment effectively. Additionally, Counsel believes, in good faith, that there exists other good cause for withdrawal sufficient to justify withdraw as Counsel under Rule 3-700(c).

For the reasons set forth in the attached declaration, and taking into consideration the fact that the attorney-client privilege that Debtors hold constrains Counsel from fully advising the Court about the factual basis for this Application, Counsel respectfully requests that the Court grant Counsel's motion to withdraw as counsel to Debtor in this matter.

## NOTICE OF MATTERS WHICH ARE CURRENTLY PENDING

Counsel has fulfilled the obligations to Debtor provided in LBR 2091-1. Counsel has provided notice to Debtor, advising it of the deadlines and any matters pending. Currently, there is a hearing scheduled for May 31, 2011 in Courtroom 1539 of this Court, located at 255 E. Temple St. Los Angeles, California 90012 at 9:30 a.m. regarding Creditor Action Seating, Inc.'s Motion for Sanctions. Additionally, the §341a hearing has been rescheduled from May 19, 2011 to June 14, 2011 at 4:30p.m. in Room 101, 725 S. Figueroa St., Los Angeles, California 90017. Counsel has also advised Debtor concerning the consequences of this Application and Counsel's withdrawal.

There are no adversary proceedings pending at this time against Debtor. Relief from the Automatic Stay has been granted in the state court action of *Bunevacz v. Action Seating, Inc., et al.*, Los Angeles Superior Court Case Number BC432901. Debtor, as cross-defendant in the matter of *Bunevacz v. Action Seating, Inc.*, is represented by counsel in that action.

MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR PEGAZUS SPORTS MARKETING AND CONSULTANT, INC.; DECLARATION OF ARMEN SHAGHZO, ESQ. IN SUPPORT THEREOF - 3

## WITHDRAWAL WILL NOT PREJUDICE DEBTOR

Debtor will not suffer prejudice if the Court grants Counsel's motion to withdraw. This action was only filed on April 6, 2011, the initial schedules have been completed, and there are no adversarial proceedings pending or dispositive motions on file. Counsel has taken reasonable steps to avoid reasonably foreseeable prejudice to Debtor's rights, including providing Debtor notice of its intent to withdraw and allowing for time for Debtor to seek employment of other counsel. Debtor has adequate time to hire new counsel to conclude this bankruptcy proceeding, including more than three weeks to obtain counsel for representation at the upcoming §341a hearing set for June 14, 2011. To date, Debtor has not informed Counsel if replacement counsel has been retained. Based on the circumstances described above and in the attached declaration, the Court should permit Counsel to withdraw as Debtor's attorney.

## CONCLUSION

For the foregoing reasons, Counsel requests that the Court grant Counsel's motion to withdraw as counsel of record for Debtor in this bankruptcy proceeding.

Dated: May 24, 2011

Respectfully submitted,

Shaghzo & Shaghzo Law Firm, APC

By: _____
Armen Shaghzo
Attorney for Debtor Pegazus Sports and
Marketing Consultant, Inc.

MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR PEGAZUS SPORTS MARKETING AND CONSULTANT, INC.; DECLARATION OF ARMEN SHAGHZO, ESQ. IN SUPPORT THEREOF - 4

# DECLARATION OF ARMEN SHAGHZO

I, Armen Shaghzo, declare as follows:

1.  I am an attorney at law duly licensed to practice law in the state of California and in the United States Bankruptcy Court for the Central District of California. I am the attorney of record for Debtor Pegazus Sports Marketing and Consultant, Inc. in its pending Chapter 7 case. The matters stated herein are so stated upon personal knowledge, and if called as a witness I could and would competently testify thereto.

2.  I make this declaration in support of Shaghzo & Shaghzo Law Firm, APC's Motion to Withdraw as Counsel of Record for Debtor Pegazus Sports Marketing and Consultant, Inc. (hereinafter "Debtor"). I have represented Debtor since the filing of the initial petition in February 2011.

3.  The Debtor previously filed for protection under Chapter 7 of the United States Bankruptcy code on February 11, 2011, case number is 2:11-bk-15897-TD. That action was dismissed on April 4, 2011 due to Debtor's sole director and shareholder, David Bunevacz, being unable to appear for the Meeting of Creditors set pursuant to §341.

4.  Following dismissal of case number 2:11-bk-15897-TD, Debtor then immediately re-filed this bankruptcy on April 6, 2011. There is a state court action, *Bunevacz v. Action Seating, Inc., et al.*, currently pending in the Los Angeles Superior Court, Case Number BC432901. On May 5, 2011, the Court granted Creditor Action Seating, Inc.'s Motion for Relief from Stay.

5.  Differences have arisen between Debtor and my firm such that make it difficult, if not impossible, for my firm and I to continue to represent Debtor. While I cannot divulge the specific matters leading to this conclusion, the disagreements are such that I cannot offer effective assistance to Debtor and the attorney-client relationship held by the clients is at an end. Given the current relationship with Debtor, it is unreasonably difficult for my firm to carry out the employment effectively.

6. Debtor, as cross-defendant in the matter of *Bunevacz v. Action Seating, Inc.,* is represented by counsel in that action.

7. I have provided information to the Debtor regarding deadlines and other matters pending in this case. I have also fulfilled my obligations pursuant to LBR 2091-1. I am happy to provide the court with additional detail, by way of a declaration filed under seal, if the court deems it appropriate.

8. There is a hearing scheduled for May 31, 2011 in Courtroom 1539 of this Court, located at 255 E. Temple St. Los Angeles, California 90012 at 9:30 a.m. regarding Creditor Action Seating, Inc.'s Motion for Sanctions. Additionally, the 341a hearing has been rescheduled from May 19, 2011 to June 14, 2011 at 4:30 p.m. in Room 101, 725 S. Figueroa St., Los Angeles, California 90017.

9. For the reasons set forth herein, I hereby request that the Court grant this Motion to Withdraw.

I DECLARE UNDER PENALTY OR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated on this 24 day of May, 2011, in Glendale, California.

Armen Shaghzo

MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR PEGAZUS SPORTS MARKETING AND CONSULTANT, INC.; DECLARATION OF ARMEN SHAGHZO, ESQ. IN SUPPORT THEREOF - 6

Notice of Motion (with Hearing) - Page 2

| In re<br>**Pegazus Sports Marketing and Consultant, Inc.** | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: **2:11-bk-24929** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 W. Broadway, Suite 540
Glendale, CA 91210

A true and correct copy of the foregoing document described as **Notice of Motion (with Hearing) and Motion To Withdraw as Counsel of Record for Debtor Pegazus Sports Marketing and Consultant, Inc.; Declaration of Armen Shaghzo, Esq. in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 25, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
ustpregion16.la.ecf@usdoj.gov

**Elissa Miller (TR)**
SulmeyerKupetz
333 S Hope St
35th fl
Los Angeles, CA 90071
213-626-2311
CA71@ecfcbis.com

☐ Service information continued on attached pageII.

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **May 25, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Action Seating, Inc.
c/o Filippo Marchino, Esq.
Law Offices of Filippo Marchino
633 W. 5th Street, Suite 2629
Los Angeles, CA 90071

Gene Hammett
c/o James R. Moriarty, Esq.
Moriarty Leyendecker, PC
4203 Montrose, Suite 150
Houston, TX 77006

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-1.1

Notice of Motion (with Hearing) - Page 3

| In re<br>**Pegazus Sports Marketing and Consultant, Inc.** | CHAPTER: **7** |
|---|---|
| Debtor(s). | CASE NO.: **2:11-bk-24929** |

Michael A. Amir, Esq.
DOLL AMIR & ELEY, LLP
1888 Century Park East, Suite 1106
Los Angeles, CA 90067

Sina Maghsoudi, Esq.
633 West 5th Street, 26th Floor
Los Angeles, CA 90071

Pegazus Sports Marketing and Consultant, Inc.
c/o David Bunevacz
6625 Granada Drive
Palmdale, CA 93551

David Bunevacz
6625 Granada Drive
Palmdale, CA 93551

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 25, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Action Seating, Inc.
c/o Filippo Marchino, Esq.
Law Offices of Filippo Marchino
633 W. 5th Street, Suite 2629
Los Angeles, CA 90071
Fax: (213) 226-4691

Gene Hammett
c/o James R. Moriarty, Esq.
Moriarty Leyendecker, PC
4203 Montrose, Suite 150
Houston, TX 77006
**Fax:** (713) 528-1390

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 25, 2011 | **Natalie Keshishian** | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                        F 9013-1.1