ORIGINAL

FILED
JUN 27 2011

The X-Law Group, P.C.
Damon Rogers, Esq. (SBN 263853)
633 W. 5th Street, 26th Floor, Suite 2629
Los Angeles, CA 90071
Tel: 213-223-2232
Fax: 213-226-4691

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

IN RE:

PEGAZUS SPORTS MARKETING AND CONSULTANT, INC.

Debtor(s).

Case No.: 2:11-bk-24929-PC

Chapter 7

**SUPPLEMENTAL DECLARATION OF DAMON ROGERS IN SUPPORT OF MOTION FOR SANCTIONS AGAINST PEGAZUS SPORTS MARKETING AND CONSULTANT, INC., AND ARMEN SHAGHZO**

Judge: Peter Carroll
Date: 6/28/11
Time: 9:30
Place: Courtroom 1539

---

SUPPLEMENTAL DECLARATION OF DAMON ROGERS IN SUPPORT OF MOTION FOR SANCTIONS
AGAINST PEGAZUS SPORTS MARKETING AND CONSULTANT, INC., AND ARMEN SHAGHZO

## DECLARATION OF DAMON ROGERS

I, Damon Rogers, hereby declare that:

1. I am an attorney licensed to practice law in the Central District of the United States District and Bankruptcy Courts, as well as in all California state courts, and if called upon as a witness I could and would competently testify as to the facts stated herein.

2. I am an attorney with The X-Law Group, P.C., counsel for Creditors Gene Hammett and Action Seating, Inc. in this bankruptcy case filed by Debtor Pegazus Sports Marketing & Consultant, Inc.

3. The hearing on our sanctions motion was continued from May 31, 2011 to June 28, 2011, and I am writing this declaration to bring to the Court's attention certain details not stated in Mr. Shaghzo's supplemental declaration and to bring to the Court other facts of which we recently became aware.

4. Mr. Shaghzo submitted a supplemental declaration in opposition to our motion on June 22, 2011. In that supplemental declaration Mr. Shaghzo stated that "Following her examination of the Debtor, the Chapter 7 trustee assigned to this matter concluded the hearing."

5. Mr. Shaghzo did not mention the fact that the Chapter 7 trustee had requested that Mr. Shaghzo submit documents to her before the 341 hearing and that Mr. Shaghzo did not submit those documents before the hearing. Further, when Mr. Shaghzo appeared at the hearing he stated that he anticipated a continuance of the 341 due to his failure to provide the necessary documentation before the hearing.

6. Mr. Shaghzo represented to the trustee that the accounting methods had to be altered to make the financials consistent.

7. Mr. Shaghzo also did not state in his declaration that Creditors' attorneys never had a chance to question Mr. Bunevacz on the record at the 341 hearing because Mr. Bunevacz and Mr. Shagzho both agreed at the hearing that the case would be dismissed.

8. Mr. Shaghzo also did not mention that the Chapter 7 trustee told Debtor's counsel "I'm going to make a motion to dismiss, if you don't, as a bad faith filing because there's no point in this case."

9. After that comment, Mr. Shaghzo stated on the record that the dismissal would come across better if the trustee filed it, and the trustee stated that she wanted Shaghzo to make a

motion which she would support because she did not believe that the bankruptcy should ever have been filed.

10. The dismissal has not yet been filed to my knowledge.

11. Additionally, I looked up the debtor on the Secretary of State's website and found that debtor Pegazus Sports Marketing & Consultant, Inc. has been dissolved. The website does not state when the dissolution occurred but I ordered the records of the dissolution from the Secretary of State on approximately June 15, 2011. I am still waiting for those records but they have not yet arrived. Attached hereto as Exhibit A is a true and correct copy of the search I conducted on the Secretary of State's website wherein it lists debtor as "dissolved."

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed on June 27, 2011, at Los Angeles, California.

_____
Damon Rogers, Esq.

# EXHIBIT A

**California Secretary of State Debra Bowen**

Business Programs

## Business Search - Results

- Business Entities (BE)

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page
Service Options
Name Availability
Forms, Samples & Fees
Annual/Biennial Statements
Filing Tips
Information Requests
(certificates, copies &
status reports)
Service of Process
FAQs
Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business
  Relations Program

Customer Alert
(misleading business
solicitations)

Data is updated weekly and is current as of Friday, June 17, 2011. It is not a complete or certified record of the entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Results of search for " PEGAZUS " returned 1 entity record.

| Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| C3134135 | 10/22/2008 | DISSOLVED | **PEGAZUS SPORTS MARKETING & CONSULTANTS, INC.** | ACORPORATION4LESS.COM, INC. |

Modify Search    New Search

Privacy Statement | Free Document Readers

Copyright © 2011    California Secretary of State

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
633 W. 5th Street, Suite 2686, Los Angeles, CA 90012

A true and correct copy of the foregoing document described as Supplemental Declaration of Damon Rogers in Support of Motion for Sanctions against Pegazus Sports Marketing & Consultant, Inc., and Armen Shaghzo

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/27/11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (LA)
725 South Figueroa St., 26th Floor
Los Angeles, CA 90017
ustpregion16.la.ecf@usdoj.gov

Elissa Miller (TR)
Sulmeyer Kupetz
333 South Hope Street, 35th Floor, Los Angeles, CA 90071
CA71@ecfcbis.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On 6/27/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Armen Shaghzo
100 W. Broadway, Suite 540
Glendale, CA 91210

Pegazus Sports Marketing & Consultant, Inc.
10910 Wellworth Avenue, #209
Los Angeles, CA 90024

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/27/11, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Peter H. Carroll (via personal delivery to chambers)
255 East Temple Street, Suite 1534/Courtroom 1539
Los Angeles, CA 90012

Armen Shaghzo (via email and fax)
100 W. Broadway, Suite 540, Glendale, CA 91210
(818) 241-0035 (fax)  AS@Shaghzolaw.com

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/27/11 | Alyssa Bigley | *signature* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**